# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 6/3/2024 |
| Case: 24−11130−LSS | Form ID: 309C | Total: 391 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Common Living, Inc. | 12 East 49th Street    Suite 08−125    New York, NY 10017 | |
| tr | George L. Miller    1628 John F. Kennedy Blvd.    Suite 950    Philadelphia, PA 19103−2110 | | |
| aty | Daniel K. Astin    Ciardi, Ciardi & Astin    1204 N. King Street    Wilmington, DE 19801 | | |
| 19066908 | 1 MCP LLC    c/o Monadnock Development LLC    155 Third Street,    Brooklyn, NY 11231 | | |
| 19066906 | 100 Water Street Development LLC    c/o Fields Development Group    1 Evertrust Plaza, Suite 102    Jersey City, NJ 07302 | | |
| 19066646 | 1057 Fulton Street BK LLC    Corigin Real Estate Group    505 Fifth Avenue    New York, NY 10017 | | |
| 19066866 | 1057 Fulton Street BK LLC    c/o Corigin Real Estate Group,    505 Fifth Avenue, 22nd Floor,    New York, NY 10017 | | |
| 19066886 | 1155 Dahlia Street Owner LLC    c/o Hines Interests Limited Partnership    555 13th Street, NW, Suite 400W    Washington, DC 20004 | | |
| 19066885 | 1201 Perry Street, LLC    1501 11th Street NW,    Washington, DC 20001 | | |
| 19066899 | 12602 Matteson LLC    8271 Melrose Avenue #207,    Los Angeles, CA 90046 | | |
| 19066875 | 1287 STERLING, LLC    200 East 79th Stret, Apt. 15A,    New York, NY 10075 | | |
| 19066884 | 1300 Fairmount LLC    c/o RAL Companies and Affiliates LLC    434 Broadway, 5th Flr    New York, NY 10013 | | |
| 19066669 | 1509 Pacific Residences, LLC    1509 Pacific Street,    New York 11213 | | |
| 19066712 | 1509 Pacific Residences, LLC    c/o Patoma Inc. 114 N 7th St    Brooklyn NY 11249 | | |
| 19066870 | 1509 Pacific Residences, LLC    c/o Sugar Hill Capital Partners,    256 West 116 Street, 2nd Flr,    New York, NY 10026 | | |
| 19066603 | 2026 Bentley LLC    11601 Santa Monica Blvd.    Los Angeles CA 90025 | | |
| 19066628 | 2026 Bentley LLC    11601 Santa Monica Blvd.    Los Angeles CA 90025 | | |
| 19066863 | 2026 Bentley LLC    c/o Wiseman Residential    11601 Santa Monica Blvd.    Los Angeles, CA 90025 | | |
| 19066888 | 205 20th Street North MT DE, LLC    1820 3rd Avenue N, Ste. 301,    Birmingham, AL 35203 | | |
| 19066862 | 2104 Partners LLC (Violet)    220 N. Green Street,    Chicago, IL 60607 | | |
| 19066861 | 2104 Partners, LLC (Sable)    220 N. Green Street,    Chicago, IL 60607 | | |
| 19066680 | 2104 Partners, LLC (Sable)    225 West 35th Street Suite 1500    New York NY 10001 | | |
| 19066817 | 212 HVAC LLC    276 Grand St    Brooklyn NY 11211 | | |
| 19066636 | 225 Roebling LLC    1834 Coney Island Avenue, Suite #2    Brooklyn NY 11230 | | |
| 19066674 | 253 Irving VREP LLC    250 East 63rd Street Apt    212 New York NY 10065 | | |
| 19066876 | 253 Irving VREP LLC    250 East 63rd Street, Apt #212,    New York, NY 10065 | | |
| 19066874 | 267 West 139th Property LLC    225 West 35th Street, Suite 1500,    New York, NY 10001 | | |
| 19066651 | 267 West 139th Property LLC    267 W 139th St,    New York 10030 | | |
| 19066907 | 3060 JFK LLC    c/o Fields Development Group    1 Evertrust Plaza, Suite 102    Jersey City, NJ 07302 | | |
| 19066879 | 3431 13th St LLC    7514 Wisconsin Avenue, Suite 500,    Bethesda, MD 20814 | | |
| 19066765 | 440 ST MARKS SUITES LLC    440 Saint Marks Ave    Brooklyn New York 11238 | | |
| 19066867 | 440 ST MARKS SUITES LLC    Attn: Daniel Wolfson    1 State Street Plaza, 29th Flr,    New York, NY 10004 | | |
| 19066901 | 4847 Beverly LLC    8271 Melrose Avenue #207,    Los Angeles, CA 90046 | | |
| 19066900 | 4971 Centinela LLC    8271 Melrose Avenue #207,    Los Angeles, CA 90046 | | |
| 19066873 | 529 Monroe LLC    1 State Street Plaza, 29th Flr,    New York, NY 10004 | | |
| 19066883 | 545NB QOZB LLC    c/o Elk Street Management    702 N 3rd Street, #204    Philadelphia, PA 19123 | | |
| 19066769 | 6041256 Canada Inc    1541 Star Top Rd. Unit 12    ON K1b5p2 | | |
| 19066632 | 703 McCadden, LLC    8271 Melrose Ave Suite 207    Los Angeles CA 90046 | | |
| 19066864 | 703 McCadden, LLC    c/o Daniel Pourbaba,    Proper Development,    8271 Melrose Avenue, #207,    Los Angeles, CA 90046 | | |
| 19066902 | 726 Wilton LLC    8271 Melrose Avenue #207,    Los Angeles, CA 90046 | | |
| 19066878 | 819, LLC    9921 Mayfield Drive,    Bethesda, MD 20817 | | |
| 19066655 | 854 Hancock St LLC    854 Hancock Street    Brooklyn, New York 11233 | | |
| 19066869 | 854 Hancock St LLC    930 Eastern Parkway, Suite #4,    Brooklyn, NY 11213 | | |
| 19066634 | 873 32nd St LP    c/o Patoma Inc. 114 N 7th St    Brooklyn NY 11249 | | |
| 19066677 | 873 32nd St LP    c/o Risa Investments, LLC    1000 Brannan Street, Suite 402    San Francisco, CA 94103 | | |
| 19066656 | 913 St Marks Ave LLC    913 St Marks Ave,    Brooklyn, New York 11213 | | |
| 19066865 | 913 St Marks Ave LLC    930 Eastern Parkway, Suite #4,    Brooklyn, NY 11213 | | |
| 19066882 | 965 Frankford LLC    702 N 3rd Street, #204    Philadelphia, PA 19123 | | |
| 19066845 | A&B Locksmith    12643 Cathy St    Sylmar CA 91342 | | |
| 19066751 | A28 Technical Solutions, Inc.    1011 Hill St    Santa Monica CA 90405 | | |
| 19066889 | ARK Yorkewood, LLC    6 East Eager Street,    Baltimore, MD 21202 | | |
| 19066796 | Able Fire Prevention of New York    241 West 26th Street    New York NY 10001 | | |
| 19066843 | Acme Fire Extinguisher Co., Inc    1305 Fruitvale Ave.    Oakland CA 94601 | | |
| 19066698 | Advance Building Protection Inc    6464 W Sunset Blvd Suite 610    Los Angeles CA 90028 | | |
| 19066738 | Advanced Pest Management    78–07 Myrtle Ave    Glendale NY 11385 | | |
| 19066625 | Advantage Property Management    1086 W So. Jordan Parkway # 102    South Jordan UT 84095 | | |
| 19066791 | Albee Appliances Inc    6305 Wilshire Blvd.    Los Angeles CA 90048 | | |

| | | | | |
|---|---|---|---|---|
| 19066631 | Alder | 54 Gilbert Street | San Francisco CA 94103 | |
| 19066835 | Alex & Alex Electrical Services | 3521 South Bentley Avenue | Los Angeles CA 90034 | |
| 19066777 | Alpha Card | PO Box 95727 | Chicago IL 60694 | |
| 19066660 | Amazon Capital Services | PO Box 035184 | Seattle WA 98124–5184 | |
| 19066942 | Amazon Web Services (Common) | 410 Terry Avenue North | Seattle, WA 98109–5210 | |
| 19066739 | Amber Internet Solutions Inc | 40 E Main St Suite 1215 | Newark DE 19711 | |
| 19066779 | American Cleaning Company | 924 S. Hobart Blvd Apt 504 | Los Angeles CA 90006 | |
| 19066743 | Amundsen Davis LLC | 150 N. Michigan Ave, Suite 3300 | Chicago IL 60601 | |
| 19066664 | Apartment List | Accounts Receivable Dept 3653 | PO Box 123653 | Dallas TX 75312–3653 |
| 19066630 | Apartments LLC | 2563 Collection Center Dr | Chicago IL 60693 | |
| 19066898 | Apartments on Pill Hill LLC | 3800 Mt. Diablo Blvd., Suite 200, | Lafayette, CA 64549 | |
| 19066811 | Appliance Pros Group LLC | 2617 Coney Island Avenue, 2nd Floor | Brooklyn NY 11223 | |
| 19066922 | Arizona/Third Street Partnership | PO Box 2743 | Beverly Hills CA 90210 | |
| 19066821 | Artbound Initiative LLC | 103 Mountain Rd Cornwall | Hudson NY 12520 | |
| 19066937 | Assign Consulting LLC | 19 El Camino Ct, | Coram, NY 11727 | |
| 19066809 | At Bay Appliance, Inc | 1224 Montgomery Ave | San Bruno CA 94066 | |
| 19066943 | Atl Legal LP | 1235 Bay Street, Suite 400 | Toronto, ON M5R 3K4, Canada | |
| 19066944 | Atlassian (common–it) | 350 Bush Street Floor 13 | San Francisco, CA 94104 | |
| 19066945 | Atlassian (hicommon) | 350 Bush Street Floor 13 | San Francisco, CA 94104 | |
| 19066935 | Avid Living Bishop Arts, LLC | 1722 Routh St, Suite 800 | Dallas TX 75201 | |
| 19066615 | Avidxchange, Inc. | 1210 AvidXChange Lane | Charlotte NC 28206 | |
| 19066946 | Avidxchange, Inc. | 1210 AvidXchange Lane | Charlotte, NC 28206 | |
| 19066759 | BG California Multifamily Staffing Inc | PO Box 660282 | Dallas TX 75266 | |
| 19066647 | BG California Multifamily Staffing Inc. | PO Box 660282 | Dallas TX 75266 | |
| 19066930 | BH Holdings | PO Box 2743 | Beverly Hills CA 90210 | |
| 19066918 | BHB Grove LLC | PO Box 2743 | Beverly Hills CA 90210 | |
| 19066924 | BHB Westwood LLC | PO Box 2743 | Beverly Hills CA 90210 | |
| 19066925 | BHB Westwood LLC | PO Box 2743 | Beverly Hills CA 90210 | |
| 19066931 | BHB Westwood LLC | PO Box 2743 | Beverly Hills CA 90210 | |
| 19066850 | BUSINESS DOCUMENT CENTER | 324 S. WILMINGTON ST. BOX #150 | RALEIGH NC 27601 | |
| 19066767 | Bay Area Bin Support | 754 Whitney Street | San Leandro CA 94577 | |
| 19066727 | Ben Hersh | 1000 Delsea Dr Suite 1–3 | Westville NJ 08093 | |
| 19066947 | BeneFLEX | 10805 Sunset Office Drive, Suite 401, | St. Louis, MO 63127 | |
| 19066844 | Best Equipment Co | 3101 San Pablo Ave | Berkeley CA 94702 | |
| 19066948 | Betterment | 8 West 24th Street, 6th Floor, | New York, NY 10010 | |
| 19066620 | Betterment For Business, LLC | 8 W 24th St, 6th Floor | New York NY 10010 | |
| 19066949 | Blue Marble / Webglobe | 1400 American Lane | Schaumburg, IL 60173 | |
| 19066624 | BlueLotus Management Consultants LLP | B–15, Lower ground Floor, | Greater Kailash Enclave New Delhi 110048 | |
| 19066950 | Bluebeam Inc | 443 S Raymond Avenue | Pasadena, CA 91105 | |
| 19066733 | Bluebeam Inc | PO Box 840462 | Los Angeles CA 90084 | |
| 19066744 | Bond 330 Union LLC | 350 West Hubbard Street Suite 450 | Chicago IL 60654 | |
| 19066801 | Brel Services LLC | 6021 Leesburg Pike P.O. Box 1151 | Falls Church VA 22041 | |
| 19066633 | Brex Corporate Credit Card | 12832 Frontrunner Blvd Suite 500 | Draper UT 84020 | |
| 19066951 | Brex Empower | Broadway, Ste 333, 15548 | Salt Lake City, UT 84101 | |
| 19066717 | Brex Empower International | 12832 Frontrunner Blvd Suite 500 | Draper UT 84020 | |
| 19066890 | Brick Church Property LLC and | Stones River 2306 Brick Church LLC | 3917 Trimble Road, | Nashville, TN 37215 |
| 19066897 | Broadway 4045 LLC | 3800 Mt. Diablo Blvd., Suite 200, | Lafayette, CA 64549 | |
| 19066939 | Brothers Fix | 185 Industrial Ave | Ridgefield Park, NJ 07660 | |
| 19066823 | Brown, Udell, Pomerantz & Delrahim, Ltd | 225 W. Illinois | Chicago IL 60654 | |
| 19066721 | Building Services of America LLC | 10216 Werch Dr Suite 101 | Woodridge IL 60517 | |
| 19066802 | Burtel Security and Fire American | Home Sec & Monitoring | 2655 Duke Street | Alexandria VA 22314 |
| 19066711 | C.P. Landscape Co. | 434 S. Westmoreland Ave. #304 | Los Angeles CA 90020 | |
| 19066887 | CESC Plaza Limited Partnership | JBG Smith Properties | 4747 Bethesda Avenue, Suite 200 | Bethesda, MD 20814 |
| 19066912 | CHR 125 Owner LLC | One Penn Plaza, Suite 3900, | New York, NY 10119 | |
| 19066705 | CMY Electrical Corp | 134 Haig Road | Valley Stream NY 11581 | |
| 19066896 | COM Howard I LLC | 50 8th Street, | San Francisco, CA 94103 | |
| 19066665 | COMPANY LLC | 335 Madison Ave 24 FL | New York NY 10017 | |
| 19066827 | COMPLETE LANDSCAPES | PO BOX 3824 | PFLUGERVILLE TX 78691 | |
| 19066840 | Canadian Linen and Uniform Service Corp | 1695 Russell Rd | Ottawa, ON K1G 0N1 | |
| 19066749 | Casbro Development | 2858 Hideaway Road | Fairfax VA 22031 | |
| 19066923 | Category Company | 8271 Melrose Ave #207 | Los Angeles CA 90046 | |
| 19066928 | Category Company | 8271 Melrose Ave #207 | Los Angeles CA 90046 | |
| 19066932 | Category Company | 8271 Melrose Ave #207 | Los Angeles CA 90046 | |
| 19066954 | CircleCI | 201 Spear Street, Suite 1200 | San Francisco, CA 94105 | |
| 19066689 | Cision US Inc, | PO Box 636525 | Cincinnati OH 45263 | |
| 19066824 | City of LA – Building & Safety | PO Box 102659 | Pasadena CA 91189 | |
| 19066719 | City of Los Angeles –LAHD | PO Box 30970 | Los Angeles CA 90030 | |
| 19066715 | Citywide Fire Sprinkler | PO Box 564520 | College Point NY 11356 | |
| 19066955 | ClassPass | 275 7th Ave. | New York, NY 10001 | |
| 19066763 | ClassPass Inc | 275 7th Avenue 11th Floor | New York NY 10001 | |
| 19066637 | CleanOffice Inc | 610 Herndon Pkwy Suite 500 | Herndon VA 20170 | |
| 19066652 | CoStar Group Inc | 2563 Collection Center Drive | Chicago IL 60693 | |
| 19066848 | Cogency Global Inc. | 122 East 42nd Street | New York NY 10168 | |
| 19066819 | Colophon Foundry | P.O. Box 411111 | Boston MA 02241 | |

```
19066852    ComEd        PO Box 6111        Carol Stream IL 60197
19066921    Common Wilton by Proper Development        8271 Melrose Ave #207        Los Angeles, CA 90046
19066709    Commonwealth Joe LLC        5204 Sunnyside Ave    Beltsville MD 20705
19066766    Conservice, LLC        PO Box 4696        Logan UT 84323
19066860    Consolidated Security Systems        510 West MacArthur Blvd.        Oakland CA 94609
19066649    Core Ops Cleaners        1264 79th Street        Brooklyn NY 11228
19066611    Cornick, Garber & Sandler LLP        555 Madison Ave 16th Floor        New York NY 10022
19066708    Csc        251 Little Falls Drive        Wilmington DE 19808
19066956    Cursor AI        1967 Wehrle Drive, Suite 1–096        Buffalo, NY 14221
19066762    DC Water        DC Water and Sewer Authority Cus        Washington DC 20090
19066701    DVASH–IT LLC        1010 Northern Blvd Suite 236        Great Neck NY 11021
19066627    Delaware Secretary of State        Division of Corporations        Binghamton NY 13902–5509
19066957    Deltek        2291 Wood Oak Drive        Herndon, VA 20171
19068953    Department of Labor        Division of Unemployment Insurance        P.O. Box 9953        Wilmington, DE 19809
19066787    Designated Broker Solutions        1601 N. Sepulveda Boulevard Suite 341        Manhattan Beach CA 90266
19066740    Dial Appliance Service, Inc        2156 Coyle Street        Brooklyn NY 11229
19066859    Digital Room LLC        1550 S Gladiola Street        Salt Lake City UT 84104
19066639    Docusign Inc.        PO Box 123428 Dept 3428        Dallas TX 75312
19066794    Dominion Elevator Inspection Services        7475 Carlisle Road        Wellville PA 17365
19066797    Domu Apartments        112 S Sangamon Street, Suite 101        Chicago IL 60607
19066958    Dropbox        1800 Owens Street        San Francisco, CA 94158
19066778    Dynamic Security Technologies Inc        28301 Industrial Blvd Suite B        Hayward CA 94545
19066773    E Rojas Landscape Inc        PO BOX 8355        Mission Hills CA 91346
19066758    Eagle Eye Networks, Inc.        4611 Bee Caves Rd        Austin TX 78746
19066829    Economy Plumbing Services        701 Tillery St. #12        AUSTIN TX 78702
19066818    Edison Parker & Associates LLC        PO Box 190037        Brooklyn NY 11219
19066693    EinsTeam        131 S. Maple Dr Apt 106        Beverly Hills CA 90212
19066789    Elite HVACS Heating & Air        8046 Central Park        Skokie IL 60076
19066960    Enscape        An der Raumfabrik 33b,        76227 Karlsruhe, Germany
19066638    Entrata Inc.        P.O. BOX 1055        Lehi UT 84043
19066607    Epstein Becker Green, P.C.        875 3rd Avenue        New York NY 10022
19066697    Equifax Workforce Solutions        11432 Lackland Road        Saint Louis MO 63146
19066961    Ethena        134 N 4th St        Brooklyn, New York 11249
19066699    Ethena, Inc.        33 Nassau Ave 2nd Floor        Brooklyn NY 11222
19066754    Evergreen Landscaping        PO Box 15331        Los Angeles CA 90015
19066895    FFF Cottage Avenue LLC        251 Lafayette Circle, Suite 360,        Lafayette, CA 94549
19066650    Factorial Digital, Inc.        2251 San Diego Ave Suite A250        San Diego CA 92110
19066686    Falcon Social Inc.,        DBA Falcon.io        200 Vesey Street 19th Floor        New York NY 10281
19066706    Farmers Insurance Exchange        PO Box 4665        Carol Stream IL 60197
19066610    First Insurance Funding        450 Skokie Blvd        Northbrook IL 60062
19066962    Flexspring        1 Beacon Street 15th Floor        Boston, MA, 02108
19066770    Flood Brothers Disposal & Recycling Services        PO Box 4560        Carol Stream IL 60197
19066804    Florida Department of Revenue        3301 N University Dr STE 200        Coral Springs FL 33065
19066904    Fountain Western LP        11601 Santa Monica Boulevard,        Los Angeles, CA 90025
19066784    Fox Valley Fire and Safety        2730 Pinnacle Drive        Elgin IL 60124
19066868    GRAND AVE SUITES LLC        Attn: Daniel Wolfson        1 State Street Plaza, 29th Flr,        New York, NY 10004
19066851    Galaxy Media Enterprises L.P        4 Embarcadero Center Suite 1400        San Francisco CA 94111
19066963    Github        88 Colin P Kelly Jr Street        San Francisco, CA 94107
19066677    Glady's Venture 2 LLC        453–455 Rogers Ave New York 11225
19066872    Glady's Venture 2 LLC        788 Franklin Avenue,        Brooklyn, NY 11238
19066965    GoTo Technologies USA Inc        333 Summer Street,        Boston, MA 02210
19066694    Google        1600 Amphitheatre Parkway        Mountain View, CA 94043
19066657    Google LLC        PO Box 883654        Los Angeles CA 90088
19066834    Greenstein Delorme & Luchas, P.C.        1620 L Street N.W. Suite 900        Washington DC 20036
19066702    Grid Squared Security & Data Systems, Inc        5–25 46th Ave        Long Island City NY 11106
19066793    Guardian Fire Protection Services, LLC        7668 Standish Place        Rockville MD 20855
19066605    Gunderson Dettmer Stough Villeneuve        Franklin & Hachigian, LLP        550 Allerton Street        Redwood City CA 94063
19066892    HBO WEBSTER STREET, LLC        douglas@highbridgeequitypartners.com
19066604    Habyt GmbH        Kronenstrasse 63, 10117        Berlin, Germany
19066966    HappyCo.        5857 Owens Avenue Suite 300        Carlsbad, CA 94105
19066967    HealthEquity        15 West Scenic Pointe Drive Suite 100        Draper, UT 84020
19066663    Heap        225 Bush Street Suite 200        San Francisco CA 94104
19066910    Heritage Holdings LLC        2 Park Avenue, 23rd Floor,        New York, NY 10029
19066673    Holliswood 130 LLC        63 W 130th Street        New York, 10037
19066871    Holliswood 130 LLC        Kreinik Associates LLC,        747 Third Avenue 23rd Flrs,        New York, NY 10017
19066856    Horn's Backflow        133 West 24th St        New York NY 10011
19066742    Hub International NE Ltd        100 Sunnyside Blvd        Woodbury NY 11797
19066968    Instapage        303 2ND ST STE 901 SOUTH TOWER        San Francisco, California 94107
19066608    Internal Revenue Service        PO Box 219236 Stop 5000        Kansas City, MO 64121
19066696    Intersolutions LLC        3 EXECUTIVE CAMPUS Suite 570        CHERRY HILL NJ 08002
19066682    Ironclad, Inc        325 5th Street        San Francisco CA 94107
19066658    JAMF Software LLC        100 Washington Ave S., Suite 1100        Minneapolis MN 55401
19066692    JBG SMITH SYMPARK        1775 Eye Street NW Suite 1150        Washington DC 20006
19066806    JTGMasterPlumbing        752 East 137th Street, #22        Bronx NY 10454
```

| | | | |
|---|---|---|---|
| 19066661 | JWilliams Staffing Inc. | PO Box 4945 | Whittier CA 90607 |
| 19066786 | Jackson Lewis P.C. | PO Box 13848 | Reading PA 19612–3848 |
| 19066641 | Josephine P.C. Jan 448 K St, LLC | 9301 Georgia Ave | Silver Spring MD 20910 |
| 19066826 | Juliana's Cleaning Service | 886 Flushing Ave | Brooklyn NY 11206 |
| 19066841 | Junk King Fairfax | 7361 LOCKPORT PL STE M | Lorton VA 22079 |
| 19066645 | Kaiser Foundation Health Plan Inc | PO Box 741562 | Los Angeles CA 90074 |
| 19066644 | Kastle New York LLC | PO BOX 75327 | Baltimore MD 21275 |
| 19066609 | Kimball, Tirey & St. John LLP | 7676 Hazard Center Drive Ste 900B | San Diego CA 92108 |
| 19066969 | Kinsta | 8605 Santa Monica Blvd #92581 | West Hollywood, CA 90069 |
| 19066831 | Kone | PO Box 22251 | New York NY 10087 |
| 19066748 | Kovitz Shifrin Nesbit | 175 North Archer | Mundelein IL 60060 |
| 19066798 | LA Hydro Jet & Rooter Service Inc | 10639 Wixom Street | Sun Valley CA 91352 |
| 19066612 | LAW OFFICES OF MATTHEW M MCDOWELL LLC | 39 North Main Street | Cranbury NJ 08512 |
| 19066729 | LEVITT DI LELLA DUGGAN & CHAPLICK LLP | 425 University Ave. Suite 500 | Toronto, Ontario M5G 1T6 xx xx xx |
| 19066614 | LOS ANGELES COUNTY TAX COLLECTOR | P.O. BOX 54018 | Los Angeles CA 90054–0018 |
| 19066891 | LRP Guardian House, LLC | 6 East Eager Street, | Baltimore, MD 21202 |
| 19066771 | Lahlouh | 1649 Adrian Road | Burlingame CA 94010 |
| 19066757 | LandCare | 5295 Westview Drive Suite 100 | Frederick MD 21703 |
| 19066730 | Landlord Web Solutions | HST # 806821856 RT0001 #4 | 271B Merritt Street St. Catharines Ontario L2T 1K1 Canada xx xx xx |
| 19066741 | Lando & Anastasi, LLP | 60 State Street 23rd Floor | Boston MA 2109 |
| 19066718 | LastPass US LP | PS Box 411365 | Boston MA 02241 |
| 19066854 | Legal Shield | PO Box 2629 | Ada OK 74821–2629 |
| 19066746 | Lenovo Inc | 8001 Development Drive | Morrisville NC 27560 |
| 19066654 | Lerner Solutions | 2818 Lindenmere Drive | Merrick NY 11566 |
| 19066676 | Lessonly, Inc. | 1129 E 16th St | Indianapolis IN 46202 |
| 19066903 | Lexington Concord LP | 11601 Santa Monica Boulevard, | Los Angeles, CA 90025 |
| 19066822 | Livly | 401 William St #6931 River | Forest IL 60305 |
| 19066970 | Lob.com | 210 King St, | San Francisco, CA 94105 |
| 19066832 | Loeffler Law Group PLLC | 500 Union Street | Seattle WA 98101–2300 |
| 19066613 | Los Angeles County Treasurer and Tax Collector | PO Box 54018 | Los Angeles CA 90054 |
| 19066764 | Los Angeles Department of Water & Power | PO BOX 30808 | Los Angeles CA 90030–0808 |
| 19066971 | Lucidchart | 10355 S Jordan Gateway, Suite 300 | |
| 19066911 | M3 Capital Realty LLC | 1363–22 Veterans Memorial Highway, | Hauppauge, NY 11788 |
| 19066909 | MCP Bleecker, LLC | c/o EccoRise Development | 550 Grand Street | Brooklyn, NY 11211 |
| 19066643 | ML.Brower GD Capital LLC | 55 Washington Street | Brooklyn NY 11201 |
| 19066713 | MRI Software LLC | 28925 Fountain Pkwy | SOLOn OH 44139 |
| 19066915 | MSC Foster, LLC | 725 Park Center Dr, | Matthews, NC 28105 |
| 19066972 | Maestroqa – QA Software – Annual Renewal | 1 East 11th Street 11th Floor | New York< NY 10001 |
| 19066667 | Manpower Cleaning Services LLC | 10640 Campus Way S #159 | Upper Marlboro MD 20774 |
| 19066813 | Mar STRUCTURAL DESIGN | 2332 Fifth Street, Suite D | Berkeley CA 94710 |
| 19066933 | Mar Vista Road, LLC | 1221 Hermosa Avenua, Suite 101, | Hermosa Beach, CA 90254 |
| 19066735 | Melanie Landsman | 53rd W 84th Street Apt 9 | New York NY 10024 |
| 19066799 | Mobile Communications America | PO Box 1458 | Charlotte NC 28201 |
| 19066810 | Mona Electric | 7915 Malcolm Road | Clinton MD 20735 |
| 19066916 | Morningstar Properties, LLC | 725 Park Center Drive, | Matthews, North Carolina 28105 |
| 19066792 | Mr Rooter Plumbing | 1025 39th St | Oakland CA 94608 |
| 19066617 | Murphy, Pearson, Bradley & Feeney | 580 California St, Suite 1100 | San Francisco CA 94104 |
| 19066750 | Mutual Security Services | PO Box 786137 | Philadelphia PA 19178 |
| 19066683 | NC Squared Limited | 60 Windsor Avenue | London NY SW19 2RR |
| 19066694 | NDO Group LLC | 540 Pacific Avenue, | San Francisco, CA |
| 19066668 | NYC Water Board | PO Box 11863 | Newark NJ 7101 |
| 19066760 | NYS Assessment Receivables | 450 East 78th Street | New York NY 10075 |
| 19066774 | National Grid | P.O. Box 371416 | Pittsburgh PA 15250–7416 |
| 19066855 | Nearly Natural | 3870 W. 108th Street Suite 20 | Hialeah FL 33018 |
| 19066772 | Neo Services Inc | 444 North 4th Street, #118 | Philadelphia PA 19123 |
| 19066795 | Net Voice Now LLC | 728 W JACKSON BLVD APT 806 | Chicago IL 60661 |
| 19066720 | Netronix Integration Inc | 2365 Paragon Drive, Unit D | San Jose CA 95131 |
| 19066736 | Next Level Elevator Services | 650C Central Park Ave | Yonkers NY 10704 |
| 19066714 | North Eastern Cleaning LLC | 8114 34th Ave Apartment #4 | Jackson Heights NY 11372 |
| 19066837 | Notifii LLC | 1420 E. Roseville Pkway #140–243 | Roseville CA 95661 |
| 19066849 | Nrai Services, LLC | 160 Greentree Drive Suite 101 | Dover DE 19904 |
| 19066776 | O'Connor Services, LLC | 9121 Baltimore Road | Frederick MD 21704 |
| 19066807 | O'Hagan Meyer PLLC | 1 East Wacker Drive Suite 3400 | Chicago IL 60601 |
| 19066881 | OTD 410–412 Richardson Place LLC | 220 N. Green Street, | Chicago, IL 60607 |
| 19066788 | OTD 410–412 Richardson Place LLC | 410–412 Richardson Place NW | Washington, District of Columbia 20001 |
| 19066938 | Office Move PRO | 713 – 1290 Old Innes Road | Ottawa, ON K1B 5M6, Canada |
| 19066839 | Offit Kurman P.A. | 300 E Lombard Street, Suite 2010 | Baltimore MD 21202 |
| 19066917 | One Central Ave LLC | 450 7th Ave, Suite 1509 | New York NY 10123 |
| 19066953 | Open AI | 3180 18th Street | San Francisco, CA 94110 |
| 19066973 | Oracle America, Inc. | 300 Oracle Way | Austin, TX 78741 |
| 19066836 | Orkin LLC | 40–27 Crescent Street | Queens NY 11101 |
| 19066671 | Orkin– National Accounts | PO BOX: 638898 | Cincinatti OH 45263–8898 |
| 19066675 | Osler Hoskin & Harcourt LLP | 1 First Canadian Place | PO Box 50 | Toronto NA 00000 |
| 19066710 | Package Concierge | 445 Main Street | Medfield MA 2052 |
| 19066716 | Paper Enterprise | 770 East 132nd Street | Bronx NY 10454 |

| | | | |
|---|---|---|---|
| 19066974 | Paylocity | 1400 American Lane | Schaumburg, IL 60173 |
| 19066975 | Paylode Inc. | 001 Brickell Bay Drive | Miami, Florida, 33131 |
| 19066678 | Paylode Inc. | 7610 Beverly Blvd. #48522 | Los Angeles CA 90048 |
| 19066782 | Pennsylvania Apartment Association | One Bala Plaza Suite 515 | Bala Cynwyd PA 19004 |
| 19066858 | Pepco | PO Box 13608 | Philadelphia PA 19101 |
| 19066936 | Perceptive Real Estate Equities Inc | 5960 Berkshire Ln Flr 6 | Dallas TX 75225 |
| 19066780 | PestNow | 22395 Powers Ct | Sterling VA 20166 |
| 19066752 | Peterson Elevator Company Inc | 12920 Sunnyside Place | Santa Fe Springs CA 90670 |
| 19066814 | Pioneer and Santa Monica Shades and Screens | 5715 Venice Boulevard | Los Angeles CA 90019 |
| 19066753 | Pipeworks NYC Inc | 240 52nd Street | Brooklyn NY 11220 |
| 19066846 | Ponce Landscaping | 8600 Sylmar Ave. | Panorama City CA 91402 |
| 19066857 | Possession Partner, LLC. | PO Box 919767 | Orlando FL 32891 |
| 19066725 | Pottery Barn | 10000 Covington Cross Drive | Las Vegas NV 89144 |
| 19066940 | Primary Source Installation Inc. | 13445 Estelle Street | Corona, CA 92879 |
| 19066941 | Primary Source Installation Inc. | 13445 Estelle Street | Corona, CA 92879 |
| 19066815 | Pro Tech Fire Alarm and | Communication Systems Inc | 29397 Agoura Rd, 109    Agoura Hills CA 91301 |
| 19066672 | Pronto Housing Inc | Spring Place, | 6 St Johns Lane    New York NY 10014 |
| 19066833 | RICKS GATE WORKS INC | 8910 Independence Ave | Canoga Park CA 91304 |
| 19066688 | Radical Development Group Inc | 4405 103rd Ave SE Lake | Stevens WA 98258 |
| 19066820 | ReSynergy Bill, LLC | 7575 N Loop 1604 West, Suite 104 | San Antonio TX 78249 |
| 19066838 | Reabak Hanan License Electrical Contractor Inc | 1107 PRINCETON ST APT 105    SANTA MONICA CA 90403–4786 | |
| 19066803 | Rent College Pads Inc. | 1101 North Market Street Suite 275 | Milwaukee WI 53202 |
| 19066731 | Rent College Pads Inc. | 1101 North Market Street Suite 275 | Milwaukee WI 53202 |
| 19066662 | Rent Group Inc | PO Box 740925 | Atlanta GA 30374 |
| 19066666 | Rentable | PO Box 7640 | Madison WI 53707 |
| 19066976 | Reputation.com | 6111 Bollinger Canyon Road Suite 500 | San Ramon, CA 94583 |
| 19066977 | Retool | 1550 Bryant Street | San Francisco, CA 94105 |
| 19066816 | Revival New York Corp | 2581 Richmond Terrace | Staten Island NY 10303 |
| 19066704 | Roofoveryourhead Marketing Ltd. | PO Box 8265 | Victoria Main Victoria BC v8w 3r9 Canada |
| 19066616 | Rose & Rose | 291 Broadway | New York NY 10007 |
| 19066830 | Royal Service Air Conditioning | 1712 New Ave | San Gabriel CA 91776 |
| 19066808 | SEO Lynx Limited | PO Box 1166 | Alamo CA 94507 |
| 19066684 | SUB.CCG City Gardens | 333 12th Street | San Francisco CA 94103 |
| 19066695 | SUB.CLK Clark | 125 West 138th Street | New York NY 10030 |
| 19066768 | SUB.CYP Cypress | 1433 East 69th Street Brooklyn NY 11234 | |
| 19066722 | SUB.LNA Linea – CLOSED | 215 W Lake St | Chicago IL 60606 |
| 19066626 | SWK Attorneys At Law | 500 Skokie Boulevard Suite 600 | Northbrook IL 60062 |
| 19066781 | Safeguard Alarm & Electrical Corp. | 8721 Santa Monica Boulevard | Los Angeles CA 90069 |
| 19066619 | Salesforce.com Inc. | PO Box 203141 | Dallas TX 75320 |
| 19066700 | Schindler Elevator Corporation | 500 Park Boulevard, Suite 750 | Itasca IL 60143 |
| 19066670 | Scribe | 1 Bluxome Street #312 | San Francisco CA 94107 |
| 19066800 | Secure Sprinkler, LLC | 1661 McDonald Ave | Brooklyn NY 11230 |
| 19066978 | SendGrid | 1801 California Street, Suite 500 | Denver, CO 80202 |
| 19066979 | Sentry | 45 Fremont St | San Francisco, California 94105 |
| 19066775 | Service Master | 13513 Wembley Loop | BRISTOW VA 20136–5752 |
| 19066920 | Shelter Montrose Owner LLC | 1722 Routh Street Suite 800 | Dallas TX 75201 |
| 19066914 | Shelter Montrose Owner, LLC | 1722 Routh Street, Suite 800, | Dallas, TX 75201 |
| 19066980 | Showmojo | 2093 Philadelphia Pike #3780 | Claymont, DE 19703 |
| 19066728 | Siskind Susser PC | PO Box 770840 | Memphis TN 38177 |
| 19066694 | SiteCompli | PO Box 844593 | Boston NY 02284–4593 |
| 19066919 | Six Peak Capital | 20 West 22nd Street, Suite 1001 | New York NY 10010 |
| 19066926 | Six Peak Capital | 215 Park Avenue South, 11th Fl, | New York NY 10003 |
| 19066927 | Six Peak Capital | 215 Park Avenue South, 11th Fl, | New York NY 10003 |
| 19066929 | Six Peak Capital | 215 Park Avenue South, 11th Fl, | New York NY 10003 |
| 19066981 | Smartsheet | 0500 NE 8th Street, Suite 1750 | Bellevue, WA 98004 |
| 19066690 | Snappt Inc | PO Box 22328 | Pasadena CA 91185 |
| 19066982 | Sophos | 40 Exchange Place, Suite 1710 | New York, NY 10005 |
| 19066726 | Sourcefit Inc | 1888 Kalakaua Avenue Suite C312 | Honolulu HI 96815 |
| 19066681 | SpareRoom Inc | 234 5th Avenue #413 | New York NY 10001 |
| 19066790 | Speedpro Coastal OC | 17660 Newhope St, Suite E | Fountain Valley CA 92708 |
| 19066659 | Starry, Inc. | 38 Chauncy Street | Boston ME 2111 |
| 19066732 | Stars & Stripes Pest Control | 39329 NICOLE DR | Palmdale CA 93551 |
| 19066825 | State Chemical Solutions | PO Box 844284 | Boston MA 02284 |
| 19066623 | State of California– Franchise Tax Board | PO Box 942857 | Sacramento CA 94257 |
| 19068952 | State of Delaware | Division of Revenue | 820 N. French Street, 8th Floor    Wilmington, DE 19801–0820 |
| 19066853 | State of NJ Dept of Labor & Workforce Dev | PO BOX 929 | TRENTON NJ 08646–0929 |
| 19066805 | Sterling | PO BOX 35626 | Newark NJ 07193–5626 |
| 19066687 | Student.com (USA) Inc | 9049 20th Avenue SW | Seattle WA 98106 |
| 19066761 | Suma Landscaping | PO Box 550 | Alameda CA 94501 |
| 19066933 | TeamViewer | Bahnhofsplatz 2 73033 | Gppingen Germany |
| 19066812 | TeamViewer | P.O. Box 743135 | Atlanta GA 30374 |
| 19066905 | The 808 Development LLC | 640 N LaSalle Dr #605, | Chicago, IL 60654 |
| 19066679 | The BlueGround | 101 5th Ave, 7th Floor | New York, NY 10003 |
| 19066618 | The Burlington Insurance Company | 6320 Quadrangle Drive, Suite 300 | Chapel Hill NC 27517 |
| 19066606 | The CenterCap Group LLC | 1540 Broadway ste. 1010 | New York NY 10036 |

```
19066785   The Chute Doctor        5500 Bolsa Ave Suite 200        Huntington Beach CA 92649
19066621   The Guardian Life Insurance Company      PO Box 824404        Philadelphia PA 19182–4404
19066691   The Home Depot Pro        PO Box 404284        Atlanta GA 30384
19066723   The Sherwin–Williams Co.        4606 3rd Avenue        Brookyln NY 11220
19066642   The Ultimate Software Group, Inc.        1485 North Park Drive        Weston FL 33326
19066707   Total Apartment Solutions        PO Box 560427        The Colony TX 75056
19066756   Total Fire Protection        5322 Avenue N        Brooklyn NY 11234
19066635   TransUnion Rental Screening        13591 Collections Center Drive        Chicago IL 10017
19066984   Trello        55 Broadway 25th Floor        New York, NY 10006
19066602   Triplepoint Capital        2755 Sand Hill Road, Suite 150        Menlo Park, CA 94025
19066703   Trusted Tech Team        18004 Sky Park Circle Suite 120        Irvine CA 92614
19066985   Trustpilot Inc        50 West 23rd Street Suite 1000        New York, NY 10010
19066653   Twilio, Inc.        375 Beale Street Suite 300        San Francisco CA 94105
19066737   University Living Accommodation Pvt Ltd        8 Square, Sector 125 noida        Uttar Pradesh,201303 India
           GSTIN
19066685   Utrecht & Lenvin, LLP        109 Stevenson Street 5th Floor        San Francisco CA 94105
19066734   VHL Plumbing Inc        626 S Glenwood Place        Burbank CA 91506
19066893   VM Meadows Apartments, L.P.        1290 Howard Avenue, Suite 309,        Burlingame, CA 94010
19066842   VSH Appliance Repaire        6950 Remmet ave #3        Canoga Park CA 91303
19066640   Valor P Street, LLC        12 Cardinal Park Dr SE        Leesburg VA 20175
19066755   Valor P Street, LLC        2147–2149 P Street NW,        Washington, District of Columbia 20037
19066880   Valor P Street, LLC        4619 41st Street NW,        Washington, DC 20016
19066847   Verizon        PO Box 15124        Albany NY 12212
19066986   Vetty        85 Broad St 16th floor        New York, NY 10005
19066783   Vetty Inc        110 Wall St 2nd Floor        New York NY 10005
19066747   Villa Property Maintenance        4140 N. Monticello        Chicago IL 60618
19066828   WASTE CONNECTIONS LONE STAR INC        PO BOX 679859        DALLAS TX 75267–9859
19066934   Windmill Dream ON Holdings LP        30 Adelaide St, East Suite 301        Toronto, Ontario M5C3H1
           Canada
19066913   Windmill Dream Ontario 206 LP + Ottawa Community H        30 Adelaide Street East, Suite 301,        Toronto,
           Ontario M5C3H1 Canada
19066987   Wordpress        60 29th Street #343        San Francisco, CA 94110
19066622   Zen Accountants        2007 29th Avenue        San Francisco CA 94116
19066648   Zillow, Inc        Dept 3267        Dallas TX 75312–3267
19066724   Zumper        49 Geary St        San Francisco CA 94108
19066959   eFax        700 S. Flower St., 15th Floor        Los Angeles, CA 90017
19066629   eMaids NY LLC        100A Broadway #463        Brooklyn NY 11249
19066745   eMaids of Washington DC        1201 Connecticut Ave NW Office 508        Washington DC 20036
19066952   widdix GmbH        Blumenstrae 17/1 73669        Lichtenwald Germany
```

TOTAL: 391