## United States Bankruptcy Court
### District of Delaware

In re   Common Living, Inc. _____    Case No. _____

                        Debtor(s)        Chapter    7

# VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    May 31st, 2024 _____                         _____

                                               Signer/Title

Triplepoint Capital
2755 Sand Hill Road, Suite 150
Menlo Park, CA 94025


2026 Bentley LLC
11601 Santa Monica Blvd.
Los Angeles CA 90025


Habyt GmbH
Kronenstrasse 63, 10117
Berlin, Germany

Gunderson Dettmer Stough Villeneuve
Franklin & Hachigian, LLP
550 Allerton Street
Redwood City CA 94063


The CenterCap Group LLC
1540 Broadway ste. 1010
New York NY 10036


Epstein Becker Green, P.C.
875 3rd Avenue
New York NY 10022


Internal Revenue Service
PO Box 219236 Stop 5000
Kansas City, MO 64121


Kimball, Tirey & St. John LLP
7676 Hazard Center Drive Ste 900B
San Diego CA 92108


First Insurance Funding
450 Skokie Blvd
Northbrook IL 60062


Cornick, Garber & Sandler LLP
555 Madison Ave 16th Floor
New York NY 10022

LAW OFFICES OF MATTHEW M MCDOWELL LLC
39 North Main Street
Cranbury NJ 08512


Los Angeles County Treasurer and Tax Collector
PO Box 54018
Los Angeles CA 90054


LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
Los Angeles CA 90054-0018


Avidxchange, Inc.
1210 AvidXChange Lane
 Charlotte NC 28206


Rose & Rose
291 Broadway
New York NY 10007


Murphy, Pearson, Bradley & Feeney
580 California St, Suite 1100
San Francisco CA 94104


The Burlington Insurance Company
6320 Quadrangie Drive, Suite 300
Chapel Hill NC 27517


Salesforce.com Inc.
PO Box 203141
Dallas TX 75320


Betterment For Business, LLC
8 W 24th St, 6th Floor
New York NY 10010


The Guardian Life Insurance Company
PO Box 824404
Philadelphia PA 19182-4404

Zen Accountants
2007 29th Avenue
San Francisco CA 94116


State of California- Franchise Tax Board
PO Box 942857
Sacramento CA 94257


BlueLotus Management Consultants LLP
B-15, Lower ground Floor,
Greater Kailash Enclave New Delhi 110048 India


Advantage Property Management
1086 W So. Jordan Parkway # 102
South Jordan UT 84095


SWK Attorneys At Law
500 Skokie Boulevard Suite 600
Northbrook IL 60062


Delaware Secretary of State
Division of Corporations
Binghamton NY 13902-5509


2026 Bentley LLC
11601 Santa Monica Blvd.
Los Angeles CA 90025


eMaids NY LLC
100A Broadway #463
Brooklyn NY 11249


Apartments LLC
2563 Collection Center Dr
Chicago IL 60693


Alder
54 Gilbert Street
San Francisco CA 94103

703 McCadden, LLC
8271 Melrose Ave Suite 207
Los Angeles CA 90046


Brex Corporate Credit Card
12832 Frontrunner Blvd Suite 500
Draper UT 84020


873 32nd St LP
c/o Patoma Inc. 114 N 7th St
Brooklyn NY 11249


TransUnion Rental Screening
13591 Collections Center Drive
Chicago IL 10017


225 Roebling LLC
1834 Coney Island Avenue, Suite #2
Brooklyn NY 11230


CleanOffice Inc
610 Herndon Pkwy Suite 500
Herndon VA 20170


Entrata Inc.
P.O. BOX 1055
Lehi UT 84043


Docusign Inc.
PO Box 123428 Dept 3428
Dallas TX 75312


Valor P Street, LLC
12 Cardinal Park Dr SE
Leesburg VA 20175


Josephine P.C. Jan 448 K St, LLC
9301 Georgia Ave
Silver Spring MD 20910

The Ultimate Software Group, Inc.
1485 North Park Drive
Weston FL 33326


ML.Brower GD Capital LLC
55 Washington Street
Brooklyn NY 11201


Kastle New York LLC
PO BOX 75327
Baltimore MD 21275


Kaiser Foundation Health Plan Inc
PO Box 741562
Los Angeles CA 90074


1057 Fulton Street BK LLC
Corigin Real Estate Group
505 Fifth Avenue
New York, NY 10017


BG California Multifamily Staffing Inc.
PO Box 660282
Dallas TX 75266


Zillow, Inc
Dept 3267
Dallas TX 75312-3267


Core Ops Cleaners
1264 79th Street
Brooklyn NY 11228


Factorial Digital, Inc.
2251 San Diego Ave Suite A250
San Diego CA 92110


267 West 139th Property LLC
267 W 139th St,
New York 10030

CoStar Group Inc
2563 Collection Center Drive
Chicago IL 60693


Twilio, Inc.
375 Beale Street Suite 300
San Francisco CA 94105


Lerner Solutions
2818 Lindenmere Drive
Merrick NY 11566


854 Hancock St LLC
854 Hancock Street
Brooklyn, New York 11233


913 St Marks Ave LLC
913 St Marks Ave,
Brooklyn, New York 11213


Google LLC
PO Box 883654
Los Angeles CA 90088


JAMF Software LLC
100 Washington Ave S., Suite 1100
Minneapolis MN 55401


Starry, Inc.
38 Chauncy Street
Boston ME 2111


Amazon Capital Services
PO Box 035184
Seattle WA 98124-5184


JWilliams Staffing Inc.
PO Box 4945
Whittier CA 90607

Rent Group Inc
PO Box 740925
Atlanta GA 30374


Heap
225 Bush Street Suite 200
San Francisco CA 94104


Apartment List
Accounts Receivable Dept 3653
PO Box 123653
Dallas TX 75312-3653


COMPANY LLC
335 Madison Ave 24 FL
New York NY 10017


Rentable
PO Box 7640
Madison WI 53707


Manpower Cleaning Services LLC
10640 Campus Way S #159
Upper Marlboro MD 20774


NYC Water Board
PO Box 11863
Newark NJ 7101


1509 Pacific Residences, LLC
1509 Pacific Street,
New York 11213


Scribe
1 Bluxome Street #312
San Francisco CA 94107


Orkin- National Accounts
PO BOX: 638898

Cincinatti OH 45263-8898


Pronto Housing Inc
Spring Place,
6 St Johns Lane
New York NY 10014


Holliswood 130 LLC
63 W 130th Street
New York, 10037


253 Irving VREP LLC
250 East 63rd Street Apt
212 New York NY 10065


Osler Hoskin & Harcourt LLP
1 First Canadian Place
PO Box 50
Toronto NA 00000


Lessonly, Inc.
1129 E 16th St
Indianapolis IN 46202


Glady's Venture 2 LLC
453-455 Rogers Ave New York 11225


Paylode Inc.
7610 Beverly Blvd. #48522
Los Angeles CA 90048


The BlueGround
101 5th Ave, 7th Floor
New York, NY 10003


2104 Partners, LLC (Sable)
225 West 35th Street Suite 1500
New York NY 10001


SpareRoom Inc

234 5th Avenue #413
New York NY 10001

Ironclad, Inc
325 5th Street
San Francisco CA 94107

NC Squared Limited
60 Windsor Avenue
London NY SW19 2RR

SUB.CCG City Gardens
333 12th Street
San Francisco CA 94103

Utrecht & Lenvin, LLP
109 Stevenson Street 5th Floor
San Francisco CA 94105

Falcon Social Inc.,
DBA Falcon.io
200 Vesey Street 19th Floor
New York NY 10281

Student.com (USA) Inc
9049 20th Avenue SW
Seattle WA 98106

Radical Development Group  Inc
4405 103rd Ave SE Lake
Stevens WA 98258

Cision US Inc,
PO Box 636525
Cincinnati OH 45263

Snappt Inc
PO Box 22328
Pasadena CA 91185

The Home Depot Pro
PO Box 404284
Atlanta GA 30384


JBG SMITH SYMPARK
1775 Eye Street NW Suite 1150
Washington DC 20006


EinsTeam
131 S. Maple Dr Apt 106
Beverly Hills CA 90212


SiteCompli
PO Box 844593
Boston NY 02284-4593


SUB.CLK Clark
125 West 138th Street
New York NY 10030


Intersolutions LLC
3 EXECUTIVE CAMPUS Suite 570
CHERRY HILL NJ 08002


Equifax Workforce Solutions
11432 Lackland Road
Saint Louis MO 63146


Advance Building Protection Inc
6464 W Sunset Blvd Suite 610
Los Angeles CA 90028


Ethena, Inc.
33 Nassau Ave 2nd Floor
Brooklyn NY 11222


Schindler Elevator Corporation
500 Park Boulevard, Suite 750
Itasca IL 60143

DVASH-IT LLC
1010 Northern Blvd Suite 236
Great Neck NY 11021


Grid Squared Security & Data Systems, Inc
5-25 46th Ave
Long Island City NY 11106


Trusted Tech Team
18004 Sky Park Circle Suite 120
Irvine CA 92614


Roofoveryourhead Marketing Ltd.
PO Box 8265
Victoria Main Victoria BC v8w 3r9 Canada


CMY Electrical Corp
134 Haig Road
Valley Stream NY 11581


Farmers Insurance Exchange
PO Box 4665
Carol Stream IL 60197


Total Apartment Solutions
PO Box 560427
The Colony TX 75056


Csc
251 Little Falls Drive
Wilmington DE 19808


Commonwealth Joe LLC
5204 Sunnyside Ave
Beltsville MD 20705


Package Concierge
445 Main Street
Medfield MA 2052

C.P. Landscape Co.
434 S. Westmoreland Ave. #304
Los Angeles CA 90020


1509 Pacific Residences, LLC
c/o Patoma Inc. 114 N 7th St
Brooklyn NY 11249


MRI Software LLC
28925 Fountain Pkwy
SOLOn OH 44139


North Eastern Cleaning LLC
8114 34th Ave Apartment #4
Jackson Heights NY 11372


Citywide Fire Sprinkler
PO Box 564520
College Point NY 11356


Paper Enterprise
770 East 132nd Street
Bronx NY 10454


Brex Empower International
12832 Frontrunner Blvd Suite 500
Draper UT 84020


LastPass US LP
PS Box 411365
Boston MA 02241


City of Los Angeles -LAHD
PO Box 30970
Los Angeles CA 90030


Netronix Integration Inc
2365 Paragon Drive, Unit D
San Jose CA 95131

Building Services of America LLC
10216 Werch Dr Suite 101
Woodridge IL 60517


SUB.LNA Linea - CLOSED
215 W Lake St
Chicago IL 60606


The Sherwin-Williams Co.
4606 3rd Avenue
Brookyln NY 11220


Zumper
49 Geary St
San Francisco CA 94108


Pottery Barn
10000 Covington Cross Drive
Las Vegas NV 89144


Sourcefit Inc
1888 Kalakaua Avenue Suite C312
Honolulu HI 96815


Ben Hersh
1000 Delsea Dr Suite 1-3
Westville NJ 08093


Siskind Susser PC
PO Box 770840
Memphis TN 38177


LEVITT DI LELLA DUGGAN & CHAPLICK LLP
425 University Ave. Suite 500
Toronto, Ontario M5G 1T6 xx xx xx


Landlord Web Solutions
HST # 806821856 RT0001 #4
271B Merritt Street St. Catharines
Ontario L2T 1K1 Canada xx xx xx

Rent College Pads Inc.
1101 North Market Street Suite 275
Milwaukee WI 53202


Stars & Stripes Pest Control
39329 NICOLE DR
Palmdale CA 93551


Bluebeam Inc
PO Box 840462
Los Angeles CA 90084


VHL Plumbing Inc
626 S Glenwood Place
Burbank CA 91506


Melanie Landsman
53rd W 84th Street Apt 9
New York NY 10024


Next Level Elevator Services
650C Central Park Ave
Yonkers NY 10704


University Living Accommodation Pvt Ltd
8 Square, Sector 125 noida
Uttar Pradesh,201303 India GSTIN


Advanced Pest Management
78-07 Myrtle Ave
Glendale NY 11385


Amber Internet Solutions Inc
40 E Main St Suite 1215
Newark DE 19711


Dial Appliance Service, Inc
2156 Coyle Street
Brooklyn NY 11229

Lando & Anastasi, LLP
60 State Street 23rd Floor
Boston MA 2109


Hub International NE Ltd
100 Sunnyside Blvd
Woodbury NY 11797


Amundsen Davis LLC
150 N. Michigan Ave, Suite 3300
Chicago IL 60601


Bond 330 Union LLC
350 West Hubbard Street Suite 450
Chicago IL 60654


eMaids of Washington DC
1201 Connecticut Ave NW Office 508
Washington DC 20036


Lenovo Inc
8001 Development Drive
Morrisville NC 27560


Villa Property Maintenance
4140 N. Monticello
Chicago IL 60618


Kovitz Shifrin Nesbit
175 North Archer
Mundelein IL 60060


Casbro Development
2858 Hideaway Road
Fairfax VA 22031


Mutual Security Services
PO Box 786137
Philadelphia PA 19178

A28 Technical Solutions, Inc.
1011 Hill St
Santa Monica CA 90405


Peterson Elevator Company Inc
12920 Sunnyside Place
Santa Fe Springs CA 90670


Pipeworks NYC Inc
240 52nd Street
Brooklyn NY 11220


Evergreen Landscaping
PO Box 15331
Los Angeles CA 90015


Valor P Street, LLC
2147-2149 P Street NW,
Washington, District of Columbia 20037


Total Fire Protection
5322 Avenue N
Brooklyn NY 11234


LandCare
5295 Westview Drive Suite 100
Frederick MD 21703


Eagle Eye Networks, Inc.
4611 Bee Caves Rd
Austin TX 78746


BG California Multifamily Staffing Inc
PO Box 660282
Dallas TX 75266


NYS Assessment Receivables
450 East 78th Street
New York NY 10075

Suma Landscaping
PO Box 550
Alameda CA 94501


DC Water
DC Water and Sewer Authority Cus
Washington DC 20090


ClassPass Inc
275 7th Avenue 11th Floor
New York NY 10001


Los Angeles Department of Water & Power
 PO BOX 30808
Los Angeles CA 90030-0808


440 ST MARKS SUITES LLC
440 Saint Marks Ave
Brooklyn New York 11238


Conservice, LLC
PO Box 4696
Logan UT 84323


Bay Area Bin Support
754 Whitney Street
San Leandro CA 94577


SUB.CYP Cypress
1433 East 69th Street Brooklyn NY 11234


6041256 Canada Inc
1541 Star Top Rd. Unit 12
ON K1b5p2


Flood Brothers Disposal & Recycling Services
PO Box 4560
Carol Stream IL 60197

Lahlouh
1649 Adrian Road
Burlingame CA 94010


Neo Services Inc
444 North 4th Street, #118
Philadelphia PA 19123


E Rojas Landscape Inc
PO BOX 8355
Mission Hills CA 91346


National Grid
P.O. Box 371416
Pittsburgh PA 15250-7416


Service Master
13513 Wembley Loop
BRISTOW VA 20136-5752


O'Connor Services, LLC
9121 Baltimore Road
Frederick MD 21704


Alpha Card
PO Box 95727
Chicago IL 60694


Dynamic Security Technologies Inc
28301 Industrial Blvd Suite B
Hayward CA 94545


American Cleaning Company
924 S. Hobart Blvd Apt 504
Los Angeles CA 90006


PestNow
22395 Powers Ct
Sterling VA 20166

Safeguard Alarm & Electrical Corp.
8721 Santa Monica Boulevard
Los Angeles CA 90069


Pennsylvania Apartment Association
One Bala Plaza Suite 515
Bala Cynwyd PA 19004


Vetty Inc
110 Wall St 2nd Floor
New York NY 10005


Fox Valley Fire and Safety
2730 Pinnacle Drive
Elgin IL 60124


The Chute Doctor
5500 Bolsa Ave Suite 200
Huntington Beach CA 92649


Jackson Lewis P.C.
PO Box 13848
Reading PA 19612-3848


Designated Broker Solutions
1601 N. Sepulveda Boulevard Suite 341
Manhattan Beach CA 90266


OTD 410-412 Richardson Place LLC
410-412 Richardson Place NW
Washington, District of Columbia 20001


Elite HVACS Heating & Air
8046 Central Park
Skokie IL 60076


Speedpro Coastal OC
17660 Newhope St, Suite E
Fountain Valley CA 92708

Albee Appliances Inc
6305 Wilshire Blvd.
Los Angeles CA 90048


Mr Rooter Plumbing
1025 39th St
Oakland CA 94608


Guardian Fire Protection Services, LLC
7668 Standish Place
Rockville MD 20855


Dominion Elevator Inspection Services
7475 Carlisle Road
Wellville PA 17365


Net Voice Now LLC
728 W JACKSON BLVD APT 806
Chicago IL 60661


Able Fire Prevention of New York
241 West 26th Street
New York NY 10001


Domu Apartments
112 S Sangamon Street, Suite 101
Chicago IL 60607


LA Hydro Jet & Rooter Service Inc
10639 Wixom Street
Sun Valley CA 91352


Mobile Communications America
PO Box 1458
Charlotte NC 28201


Secure Sprinkler, LLC
1661 McDonald Ave
Brooklyn NY 11230

Brel Services LLC
6021 Leesburg Pike P.O. Box 1151
Falls Church VA 22041


Burtel Security and Fire American
Home Sec & Monitoring
2655 Duke Street
Alexandria VA 22314


Rent College Pads Inc
1101 North Market Street Suite 275
Milwaukee WI 53202


Florida Department of Revenue
3301 N University Dr STE 200
Coral Springs FL 33065


Sterling
PO BOX 35626
Newark NJ 07193-5626


JTGMasterPlumbing
752 East 137th Street, #22
Bronx NY 10454


O'Hagan Meyer PLLC
1 East Wacker Drive Suite 3400
Chicago IL 60601


SEO Lynx Limited
PO Box 1166
Alamo CA 94507


At Bay Appliance, Inc
1224 Montgomery Ave
San Bruno CA 94066


Mona Electric
7915 Malcolm Road
Clinton MD 20735

Kone
PO Box 22251
New York NY 10087


Loeffler Law Group PLLC
500 Union Street
Seattle WA 98101-2300


RICKS GATE WORKS INC
8910 Independence Ave
Canoga Park CA 91304


Greenstein Delorme & Luchas, P.C.
1620 L Street N.W. Suite 900
Washington DC 20036


Alex & Alex Electrical Services
3521 South Bentley Avenue
Los Angeles CA 90034


Orkin LLC
40-27 Crescent Street
Queens NY 11101


Notifii LLC
1420 E. Roseville Pkway #140-243
Roseville CA 95661


Reabak Hanan License Electrical Contractor Inc
1107 PRINCETON ST APT 105
SANTA MONICA CA 90403-4786


Offit Kurman P.A.
300 E Lombard Street, Suite 2010
Baltimore MD 21202


Canadian Linen and Uniform Service Corp
1695 Russell Rd
Ottawa, ON K1G 0N1

Junk King Fairfax
7361 LOCKPORT PL STE M
Lorton VA 22079


VSH Appliance Repaire
6950 Remmet ave #3
Canoga Park CA 91303


Acme Fire Extinguisher Co., Inc
1305 Fruitvale Ave.
Oakland CA 94601


Best Equipment Co
3101 San Pablo Ave
Berkeley CA 94702


A&B Locksmith
12643 Cathy St
Sylmar CA 91342


Ponce Landscaping
8600 Sylmar Ave.
Panorama City CA 91402


Verizon
PO Box 15124
Albany NY 12212


Cogency Global Inc.
122 East 42nd Street
New York NY 10168


Nrai Services, LLC
160 Greentree Drive Suite 101
Dover DE 19904


BUSINESS DOCUMENT CENTER
324 S. WILMINGTON ST. BOX #150
RALEIGH NC 27601

Galaxy Media Enterprises L.P
4 Embarcadero Center Suite 1400
San Francisco CA 94111


ComEd
PO Box 6111
Carol Stream IL 60197


State of NJ Dept of Labor & Workforce Dev
PO BOX 929
TRENTON NJ 08646-0929


Legal Shield
PO Box 2629
Ada OK 74821-2629


Nearly Natural
3870 W. 108th Street Suite 20
Hialeah FL 33018


Horn's Backflow
133 West 24th St
New York NY 10011


Possession Partner, LLC.
PO Box 919767
Orlando FL 32891


Pepco
PO Box 13608
Philadelphia PA 19101


Digital Room LLC
1550 S Gladiola Street
Salt Lake City UT 84104


Consolidated Security Systems
510 West MacArthur Blvd.
Oakland CA 94609

2104 Partners, LLC (Sable)
220 N. Green Street,
Chicago, IL 60607

2104 Partners LLC (Violet)
220 N. Green Street,
Chicago, IL 60607

2026 Bentley LLC
c/o Wiseman Residential
11601 Santa Monica Blvd.
Los Angeles, CA 90025

703 McCadden, LLC
c/o Daniel Pourbaba,
Proper Development,
8271 Melrose Avenue, #207,
Los Angeles, CA 90046

913 St Marks Ave LLC
930 Eastern Parkway, Suite #4,
Brooklyn, NY 11213

1057 Fulton Street BK LLC
c/o Crigin Real Estate Group,
505 Fifth Avenue, 22nd Floor,
New York, NY 10017

440 ST MARKS SUITES LLC
Attn: Daniel Wolfson
1 State Street Plaza, 29th Flr,
New York, NY 10004

GRAND AVE SUITES LLC
Attn: Daniel Wolfson
1 State Street Plaza, 29th Flr,
New York, NY 10004

854 Hancock St LLC
930 Eastern Parkway, Suite #4,
Brooklyn, NY 11213

1509 Pacific Residences, LLC
c/o Sugar Hill Capital Partners, LLC
256 West 116 Street, 2nd Flr,
New York, NY 10026


Holliswood 130 LLC
Kreinik Associates LLC,
747 Third Avenue 23rd Flr,
New York, NY 10017


Glady's Venture 2 LLC
788 Franklin Avenue,
Brooklyn, NY 11238


529 Monroe LLC
1 State Street Plaza, 29th Flr,
New York, NY 10004


267 West 139th Property LLC
225 West 35th Street, Suite 1500,
New York, NY 10001


1287 STERLING, LLC
200 East 79th Stret, Apt. 15A,
New York, NY 10075


253 Irving VREP LLC
250 East 63rd Street, Apt #212,
New York, NY 10065


873 32nd St LP
c/o Risa Investments, LLC
1000 Brannan Street, Suite 402
San Francisco, CA 94103


819, LLC
9921 Mayfield Drive,
Bethesda, MD 20817

3431 13th St LLC
7514 Wisconsin Avenue, Suite 500,
Bethesda, MD 20814


Valor P Street, LLC
4619 41st Street NW,
Washington, DC 20016


OTD 410-412 Richardson Place LLC
220 N. Green Street,
Chicago, IL 60607


965 Frankford LLC
702 N 3rd Street, #204
Philadelphia, PA 19123


545NB QOZB LLC
c/o Elk Street Management
702 N 3rd Street, #204
Philadelphia, PA 19123


1300 Fairmount LLC
c/o RAL Companies and Affiliates LLC
434 Broadway, 5th Flr
New York, NY 10013


1201 Perry Street, LLC
1501 11th Street NW,
Washington, DC 20001


1155 Dahlia Street Owner LLC
c/o Hines Interests Limited Partnership
555 13th Street, NW, Suite 400W
Washington, DC 20004


CESC Plaza Limited Partnership
JBG Smith Properties
4747 Bethesda Avenue, Suite 200
Bethesda, MD 20814


205 20th Street North MT DE, LLC

1820 3rd Avenue N, Ste. 301,
Birmingham, AL 35203


ARK Yorkewood, LLC
6 East Eager Street,
Baltimore, MD 21202


Brick Church Property LLC and
Stones River 2306 Brick Church LLC
3917 Trimble Road,
Nashville, TN 37215


LRP Guardian House, LLC
6 East Eager Street,
Baltimore, MD 21202


HBO WEBSTER STREET, LLC
douglas@highbridgeequitypartners.com


VM Meadows Apartments, L.P.
1290 Howard Avenue, Suite 309,
Burlingame, CA 94010


NDO Group LLC
540 Pacific Avenue,
San Francisco, CA


FFF Cottage Avenue LLC
251 Lafayette Circle, Suite 360,
Lafayette, CA 94549


COM Howard I LLC
50 8th Street,
San Francisco, CA 94103


Broadway 4045 LLC
3800 Mt. Diablo Blvd., Suite 200,
 Lafayette, CA 64549


Apartments on Pill Hill LLC

3800 Mt. Diablo Blvd., Suite 200,
Lafayette, CA 64549


12602 Matteson LLC
8271 Melrose Avenue #207,
Los Angeles, CA 90046


4971 Centinela LLC
8271 Melrose Avenue #207,
Los Angeles, CA 90046


4847 Beverly LLC
8271 Melrose Avenue #207,
Los Angeles, CA 90046


726 Wilton LLC
8271 Melrose Avenue #207,
Los Angeles, CA 90046


Lexington Concord LP
11601 Santa Monica Boulevard,
Los Angeles, CA 90025


Fountain Western LP
11601 Santa Monica Boulevard,
Los Angeles, CA 90025


The 808 Development LLC
640 N LaSalle Dr #605,
Chicago, IL 60654


100 Water Street Development LLC
c/o Fields Development Group
1 Evertrust Plaza, Suite 102
Jersey City, NJ 07302


3060 JFK LLC
c/o Fields Development Group
1 Evertrust Plaza, Suite 102
Jersey City, NJ 07302

New York NY 10123


BHB Grove LLC
PO Box 2743
Beverly Hills CA 90210


Six Peak Capital
20 West 22nd Street, Suite 1001
New York NY 10010


Shelter Montrose Owner LLC
1722 Routh Street Suite 800
Dallas TX 75201


Common Wilton by Proper Development
8271 Melrose Ave #207
Los Angeles, CA 90046


Arizona/Third Street Partnership
PO Box 2743
Beverly Hills CA 90210


Category Company
8271 Melrose Ave #207
Los Angeles CA 90046


BHB Westwood LLC
PO Box 2743
Beverly Hills CA 90210


BHB Westwood LLC
PO Box 2743
Beverly Hills CA 90210


Six Peak Capital
215 Park Avenue South, 11th Fl,
New York NY 10003


Six Peak Capital
215 Park Avenue South, 11th Fl,

New York NY 10003


Category Company
8271 Melrose Ave #207
Los Angeles CA 90046


Six Peak Capital
215 Park Avenue South, 11th Fl,
New York NY 10003


BH Holdings
PO Box 2743
Beverly Hills CA 90210


BHB Westwood LLC
PO Box 2743
Beverly Hills CA 90210


Category Company
8271 Melrose Ave #207
Los Angeles CA 90046


Mar Vista Fund, LLC
1221 Hermosa Avenua, Suite 101,
Hermosa Beach, CA 90254


Windmill Dream ON Holdings LP
30 Adelaide St, East Suite 301
Toronto, Ontario M5C3H1 Canada


Avid Living Bishop Arts, LLC
1722 Routh St, Suite 800
Dallas TX 75201


Perceptive Real Estate Equities Inc
5960 Berkshire Ln Flr 6
Dallas TX 75225


Assign Consulting LLC
19 El Camino Ct,

Coram, NY 11727


Office Move PRO
713 - 1290 Old Innes Road
Ottawa, ON K1B 5M6, Canada


Brothers Fix
185 Industrial Ave
Ridgefield Park, NJ 07660


Primary Source Installation Inc.
13445 Estelle Street
Corona, CA 92879


Primary Source Installation Inc.
13445 Estelle Street
Corona, CA 92879


Amazon Web Services (Common)
410 Terry Avenue North
Seattle, WA 98109-5210


Atl Legal LP
1235 Bay Street, Suite 400
Toronto, ON M5R 3K4, Canada


Atlassian (common-it)
350 Bush Street Floor 13
San Francisco, CA 94104


Atlassian (hicommon)
350 Bush Street Floor 13
San Francisco, CA 94104


Avidxchange, Inc.
1210 AvidXchange Lane
Charlotte, NC 28206


BeneFLEX
10805 Sunset Office Drive, Suite 401,

St. Louis, MO 63127


Betterment
8 West 24th Street, 6th Floor,
New York, NY 10010


Blue Marble / Webglobe
1400 American Lane
Schaumburg, IL 60173


Bluebeam Inc
443 S Raymond Avenue
Pasadena, CA 91105


Brex Empower
Broadway, Ste 333, 15548
Salt Lake City, UT 84101


widdix GmbH
Blumenstraße 17/1 73669
Lichtenwald Germany


Open AI
3180 18th Street
San Francisco, CA 94110


CircleCI
201 Spear Street, Suite 1200
San Francisco, CA 94105


ClassPass
275 7th Ave.
New York, NY 10001


Cursor AI
1967 Wehrle Drive, Suite 1-096
Buffalo, NY 14221


Deltek
2291 Wood Oak Drive

Herndon, VA 20171

Dropbox
1800 Owens Street
San Francisco, CA 94158

eFax
700 S. Flower St., 15th Floor
Los Angeles, CA 90017

Enscape
An der Raumfabrik 33b,
76227 Karlsruhe, Germany

Ethena
134 N 4th St
Brooklyn, New York 11249

Flexspring
1 Beacon Street 15th Floor
Boston, MA, 02108

Github
88 Colin P Kelly Jr Street
San Francisco, CA 94107

Google
1600 Amphitheatre Parkway
Mountain View, CA 94043

GoTo Technologies USA Inc
333 Summer Street,
Boston, MA 02210

HappyCo.
5857 Owens Avenue Suite 300
Carlsbad, CA   94105

HealthEquity
15 West Scenic Pointe Drive Suite 100
Draper, UT 84020

Instapage
303 2ND ST STE 901 SOUTH TOWER
San Francisco, California 94107


Kinsta
8605 Santa Monica Blvd #92581
West Hollywood, CA 90069


Lob.com
210 King St,
San Francisco, CA 94105


Lucidchart
10355 S Jordan Gateway, Suite 300


Maestroqa - QA Software - Annual Renewal
1 East 11th Street 11th Floor
New York< NY  10001


Oracle America, Inc.
300 Oracle Way
Austin, TX 78741


Paylocity
1400 American Lane
Schaumburg, IL 60173


Paylode Inc.
001 Brickell Bay Drive
Miami, Florida, 33131


Reputation.com
6111 Bollinger Canyon Road Suite 500
San Ramon, CA 94583


Retool
1550 Bryant Street
San Francisco, CA 94105

SendGrid
1801 California Street, Suite 500
Denver, CO 80202


Sentry
45 Fremont St
San Francisco, California 94105


Showmojo
2093 Philadelphia Pike #3780
Claymont, DE 19703


Smartsheet
0500 NE 8th Street, Suite 1750
Bellevue, WA 98004 |


Sophos
40 Exchange Place, Suite 1710
New York, NY 10005


TeamViewer
Bahnhofsplatz 2 73033
Göppingen Germany


Trello
55 Broadway 25th Floor
New York, NY 10006


Trustpilot Inc
50 West 23rd Street Suite 1000
New York, NY 10010


Vetty
85 Broad St 16th floor
New York, NY   10005


Wordpress
60 29th Street #343
San Francisco, CA 94110