**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Common Living, Inc.,<br><br>　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 24-11130 (LSS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
JUNE 20, 2024 AT 10:00 A.M. (EASTERN TIME)**

**THIS HEARING WILL BE CONDUCTED <u>IN-PERSON</u>, ANY EXCEPTIONS MUST BE APPROVED BY CHAMBERS. PARTIES MAY OBSERVE THE HEARING REMOTELY BY REGISTERING WITH THE LINK BELOW NO LATER THAN JUNE 19, 2024 AT 4:00 P.M. (PREVAILING EASTERN TIME).**

**TO ATTEND A HEARING REMOTELY, PLEASE REGISTER USING THE eCOURTAPPEARANCES TOOL ([AVAILABLE HERE](#)) OR ON THE COURT'S WEBSITE AT [WWW.DEB.USCOURTS.GOV](#).**

**THE DEADLINE TO REGISTER FOR REMOTE ATTENDANCE IS 4:00 P.M. (PREVAILING EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED.**

**AFTER THE DEADLINE HAS PASSED AN ELECTRONIC INVITATION, WITH THE RELEVANT AUDIO OR VIDEO LINK, WILL BE EMAILED TO YOU PRIOR TO THE HEARING.**

**<u>MATTER GOING FORWARD</u>**

1. 2147 Dupont LLC's Motion For Relief From the Automatic Stay (Filed June 14, 2024; Docket No. [39](#)).

    <u>Objection/Response Deadline:</u>  June 20, 2024 at 10:00 a.m. (ET)

    <u>Objections/Responses:</u> None.

    <u>Related Documents:</u>

    　　A. Motion to Shorten Time (Filed: June 14, 2024; Docket No. [40](#));

    　　B. Order Shortening Time (Entered: June 14, 2024; Docket No. [43](#)); and

C.  Notice of 2147 Dupont LLC's Motion For Relief From the Automatic Stay (Filed: June 14, 2024; Docket No. 44).

Status: This matter is going forward.

Dated: June 17, 2024                    **BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
Thomas D. Bielli, Esquire
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Email: dklauder@bk-legal.com
            tbielli@bk-legal.com

*Proposed Counsel to George L. Miller, Chapter 7 Trustee*