**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> CLI Cypress LLC, <br><br>                  Debtor. | Chapter 7 <br><br> Case No. 24-11127 (LSS) <br><br> Re Docket No. **18** |
| In re: <br><br> CLI Elmwood LLC, <br><br>                  Debtor. | Chapter 7 <br><br> Case No. 24-11128 (LSS) <br><br> Re Docket No. **17** |
| In re: <br><br> Common Kin LLC, <br><br>                  Debtor. | Chapter 7 <br><br> Case No. 24-11129 (LSS) <br><br> Re Docket No. **18** |
| In re: <br><br> Common Living, Inc., <br><br>                  Debtor. | Chapter 7 <br><br> Case No. 24-11130 (LSS) <br><br> Re Docket No. **94** |
| In re: <br><br> Common Management Co., <br><br>                  Debtor. | Chapter 7 <br><br> Case No. 24-11131 (LSS) <br><br> Re Docket No. **32** |
| In re: <br><br> Common TRS Inc., <br><br>                  Debtor. | Chapter 7 <br><br> Case No. 24-11132 (LSS) <br><br> Re Docket No. **18** |
| In re: <br><br> Mily Families Inc., <br><br>                  Debtor. | Chapter 7 <br><br> Case No. 24-11133 (LSS) <br><br> Re Docket No. **18** |

|In re:|Chapter 7|
|---|---|
|CLI Clifton LLC,|Case No. 24-11134 (LSS)|
|Debtor.|Re Docket No. **17**|

**<u>ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 7 CASES</u>**

Upon the motion (the "Motion") of George L. Miller, chapter 7 trustee for the bankruptcy estates of the above-captioned debtors (the "Trustee") for entry of this Order[1] directing the joint administration of the Debtors' related chapter 7 cases, all as more fully set forth in the Motion; and upon the *Declaration of George L. Miller* and this Court having jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Trustee's notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and the Declaration; and this Court having determined that the legal and factual basis set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The above-captioned chapter 7 cases are consolidated for procedural purposes

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

only and shall be jointly administered by the Court under Case No. 24-11130 (LSS).

3. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **Common Living, Inc., *et al.*,** | **Case No. 24-11130 (LSS)** |
| Debtors.[1] | **(Jointly Administered)** |

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. An entry shall be made on the docket of each of the Debtors' cases, other than on the docket of the case of Common Living, Inc., that is substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration of the chapter 7 cases of: CLI Cypress LLC, CLI Elmwood LLC, Common Kin LLC, Common Living, Inc., Common Management Co., Common TRS Inc., Mily Families Inc., and CLI Clifton LLC All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 24-11130 (LSS).

6. The Trustee shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 7 cases.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 7 cases and this Order

---

[1] The Debtors, together with the last four digits of each of the Debtor's federal tax identification number, are: CLI Cypress LLC (3578), CLI Elmwood LLC (8150), Common Kin LLC (7483), Common Living, Inc. (7483), Common Management Co. (8014), Common TRS Inc. (8014), Mily Families Inc. (7190), and CLI Clifton LLC (2795).

shall be without prejudice to the rights of the Trustee to seek entry of an order substantively consolidated their respective cases.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

**Dated: June 26th, 2024**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**