**Fill in this information to identify the case:**

Debtor name __Common Living, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) __24-11130__

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | insurance benefits | |
| | State the term remaining | December 31, 2024 | Cigna Healthcare<br>PO Box 495918<br>Cincinnati, OH 45249 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Insurance benefits | |
| | State the term remaining | December 31, 2024 | Kaiser Foundation Health Plan Inc.<br>Kaiser Permanente<br>California Service Center<br>PO Box 23448<br>San Diego, CA 92193 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | SEE ATTACHED LIST |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Insurance benefits | |
| | State the term remaining | December 31, 2024 | The Guardian Life Insurance Co<br>Guardian<br>PO Box 26025<br>Whitehall, PA 18052 |
| | List the contract number of any government contract | | |

# COMMON LIVING, LLC
# Case No. 24-11130

# Attachment to Schedule G

| ID | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining (expiration Date) | List the contract number of any government contract | State the name for all other parties with whom the debtor has an | Address of other party | Amount (USD) |
|---|---|---|---|---|---|---|
| 2 | Outstanding Loan | Subordinated loan - due after Viola is paid out | N/A | Common Living Inc. | 2755 Sand Hill Road, Suite 150 Menlo Park, CA 94025 | $14,483,143.53 |
| 2 | Master Lease Agreement for Property: CHI.Sable | 19-May-2031 | N/A | 2104 Partners, LLC (Sable) | 220 N. Green Street, Chicago, IL 60607 | 11074.92 / month |
| 2 | Master Lease Agreement for Property: CHI.Violet | 27-Jul-2030 | N/A | 2104 Partners LLC (Violet) | 220 N. Green Street, Chicago, IL 60607 | 9411.11 / month |
| 2 | Master Lease Agreement for Property: LAX.Elmwood | 31-Jan-2030 | N/A | c/o Wiseman Residential 11601 Santa Monica Blvd. Los Angeles, CA 90025 | 170364.54 / month |
| 2 | Master Lease Agreement for Property: LAX.Melrose | 30-Nov-2028 | N/A | c/o Daniel Pourbaba, Proper Development, 8271 Melrose Avenue, #207, Los Angeles, CA 90046 | 26488.52 / month |
| 2 | Master Lease Agreement for Property: NYC.Brower | 31-Dec-2024 | N/A | 930 Eastern Parkway, Suite #4, Brooklyn, NY 11213 | 29629.71 / month |
| 2 | Master Lease Agreement for Property: NYC.Classon | 30-May-2029 | N/A | c/o Crigin Real Estate Group, 505 Fifth Avenue, 22nd Floor, New York, NY 10017 | 36705.49 / month |
| 2 | Master Lease Agreement for Property: NYC.Dean | 31-Oct-2029 | N/A | 1 State Street Plaza, 29th Flr, New York, NY 10004, Attn: Daniel Wollson | 18521.13 / month |
| 2 | Master Lease Agreement for Property: NYC.Grand | 30-Apr-2029 | N/A | 1 State Street Plaza, 29th Flr, New York, NY 10004, Attn: Daniel Wollson | 33321.51 / month |
| 2 | Master Lease Agreement for Property: NYC.Hancock | 31-Mar-2025 | N/A | 930 Eastern Parkway, Suite #4, Brooklyn, NY 11213 | 27884.75 / month |
| 2 | Master Lease Agreement for Property: NYC.Kingston | 30-Nov-2026 | N/A | c/o Sugar Hill Capital Partners, LLC 256 West 116 Street, 2nd Flr, New York, NY 10026 | 20307.86 / month |
| 2 | Master Lease Agreement for Property: NYC.Lenox | 31-Jul-2029 | N/A | Kreinik Associates LLC, 747 Third Avenue 23rd Flr, New York, NY 10017 | 29075.64 / month |
| 2 | Master Lease Agreement for Property: NYC.Lincoln | 31-May-2027 | N/A | 788 Franklin Avenue, Brooklyn, NY 11238 | 20207.68 / month |
| 2 | Master Lease Agreement for Property: NYC.Owens | 31-Oct-2031 | N/A | 1 State Street Plaza, 29th Flr, New York, NY 10004 | 50238.06 / month |
| 2 | Master Lease Agreement for Property: NYC.Robinson | 31-Dec-2027 | N/A | 225 West 35th Street, Suite 1500, New York, NY 10001 | 35102.38 / month |
| 2 | Master Lease Agreement for Property: NYC.Sterling | 30-Nov-2027 | N/A | 200 East 79th Stret, Apt. 15A, New York, NY 10075 | 16778.05 / month |
| 2 | Master Lease Agreement for Property: NYC.Wyckoff | 31-Mar-2030 | N/A | 250 East 63rd Street, Apt #212, New York, NY 10065 | 15751.58 / month |
| 2 | Master Lease Agreement for Property: OAK.MacArthur | 31-Jul-2029 | N/A | c/o Rusa Investments, LLC 1000 Brannan Street, Suite 402 San Francisco, CA 94103 | 43753.71 / month |
| 2 | Master Lease Agreement for Property: WAS.Bowman | 10-Aug-2026 | N/A | 9921 Mayfield Drive, Bethesda, MD 20817 | 19590.86 / month |
| 2 | Master Lease Agreement for Property: WAS.Monroe | 20-Feb-2030 | N/A | 7514 Wisconsin Avenue, Suite 500, Bethesda, MD 20814 | 59089.22 / month |
| 2 | Master Lease Agreement for Property: WAS.Parkway | 15-Apr-2033 | N/A | Valor P Street, LLC 4619 41st Street NW, Washington, DC 20016 | 53098.03 / month |
| 2 | Master Lease Agreement for Property: WAS.Richardson | 26-Mar-2027 | N/A | OTD 410-412 Richardson Place LLC 220 N. Green Street, Chicago, IL 60607 | 29007.97 / month |
| 2 | Property Management Agreement: Frankford | 1-Mar-2031 | N/A | 965 Frankford LLC 702 N 3rd Street, #204 Philadelphia, PA 19123 | N/A - Management Agree |
| 2 | Property Management Agreement: Mily on Green | 1-Dec-2033 | N/A | c/o Elk Street Management 702 N 3rd Street, #204 Philadelphia, PA 19123 | N/A - Management Agree |
| 2 | Property Management Agreement: Broadridge | 10-Jul-2031 | N/A | 545NB OOZB LLC c/o RAL Companies and Affiliates LLC 434 Broadway, 5th Flr New York, NY 10013 | N/A - Management Agree |
| 2 | Property Management Agreement: Perry | 15-Mar-2026 | N/A | 1201 Perry Street, LLC 1501 11th Street NW, Washington, DC 20001 | N/A - Management Agree |
| 2 | Property Management Agreement: Clover | 3-Aug-2028 | N/A | 1300 Fairmount LLC c/o Hines Interests Limited Partnership 555 13th Street, NW, Suite 400W Washington, DC 20004 | N/A - Management Agree |
| 2 | Property Management Agreement: National Landing | 19-Jul-2024 | N/A | 1155 Dahlia Street Owner LLC JBG Smith Properties 4747 Bethesda Avenue, Suite 200 Bethesda, MD 20814 | N/A - Management Agree |
| 2 | Property Management Agreement: The Frank | 31-Dec-2024 | N/A | CESC Plaza Limited Partnership 1820 3rd Avenue N, Ste. 301, Birmingham, AL 35203 | N/A - Management Agree |
| 2 | Property Management Agreement: Yorkewood | 10-Aug-2026 | N/A | 205 20th Street North MT DE, LLC 6 East Eager Street, Baltimore, MD 21202 | N/A - Management Agree |
| 2 | Property Management Agreement: The Wilder | 17-Feb-2029 | N/A | ARK Yorkewood, LLC Brick Church Property LLC and Stones I 3917 Trimble Road, Nashville, TN 37215 | N/A - Management Agree |
| 2 | Property Management Agreement: Guardian House | [TBD as the home is not yet open. The targeted opening date is 6.15.24] | N/A | LRP Guardian House, LLC 6 East Eager Street, Baltimore, MD 21202 | N/A - Management Agree |
| 2 | Property Management Agreement: Webster | 25-Jun-2024 | N/A | HBO WEBSTER STREET, LLC 405 14th Street Oakland 94612 | N/A - Management Agree |
| 2 | Property Management Agreement: Jefferson | 8-Oct-2031 | N/A | VM Meadows Apartments, L.P. 1290 Howard Avenue, Suite 309, Burlingame, CA 94010 | N/A - Management Agree |
| 2 | Property Management Agreement: Brooklyn | 8-May-2024 per the terms of the MA, but we have continued to manage this property | N/A | NDO Group LLC 540 Pacific Avenue, San Francisco, CA | N/A - Management Agree |

| | Agreement Type | Property | Date | Counterparty | Address | Amount |
|---|---|---|---|---|---|---|
| 2 | Property Management Agreement: Cottage | 31-Oct-2029 | N/A | FFF Cottage Avenue LLC | 251 Lafayette Circle, Suite 360, Lafayette, CA 94549 | N/A - Management Agree |
| 2 | Property Management Agreement: BEI | 18-Oct-2024 | N/A | COM Howard I LLC | 50 8th Street, San Francisco, CA 94103 | N/A - Management Agree |
| 2 | Property Management Agreement: Maya | 22-Aug-2027 | N/A - Please note that the Owner of the property has a federal loan with Fannie Mae | 3800 Mt. Diablo Blvd., Suite 200, Lafayette, CA 64549 | N/A - Management Agree |
| 2 | Property Management Agreement: Amelia | 4-Oct-2027 | N/A | Apartments on Pill Hill LLC | 3800 Mt. Diablo Blvd., Suite 200, Lafayette, CA 64549 | N/A - Management Agree |
| 2 | Property Management Agreement: Matteson | 1-Jun-2032 | N/A | 12602 Matteson LLC | 8271 Melrose Avenue #207, Los Angeles, CA 90046 | N/A - Management Agree |
| 2 | Property Management Agreement: Centinela | 16-Dec-2031 | N/A | 4971 Centinela LLC | 8271 Melrose Avenue #207, Los Angeles, CA 90046 | N/A - Management Agree |
| 2 | Property Management Agreement: Beverly | 7-May-2031 | N/A | 4847 Beverly LLC | 8271 Melrose Avenue #207, Los Angeles, CA 90046 | N/A - Management Agree |
| 2 | Property Management Agreement: Wilton | 27-Dec-2033 | N/A | 726 Wilton LLC | 8271 Melrose Avenue #207, Los Angeles, CA 90046 | N/A - Management Agree |
| 2 | Property Management Agreement: Paramount | 8-Apr-2026 | N/A | Lexington Concord LP | 11601 Santa Monica Boulevard, Los Angeles, CA 90025 | N/A - Management Agree |
| 2 | Property Management Agreement: Fountain | 3-Dec-2026 | N/A | Fountain Western LP | 11601 Santa Monica Boulevard, Los Angeles, CA 90025 | N/A - Management Agree |
| 2 | Property Management Agreement: The 808 | 1-Apr-2028 | N/A | The 808 Development LLC | 640 N LaSalle Dr #605, Chicago, IL 60654 | N/A - Management Agree |
| 2 | Property Management Agreement: The Agnes | 23-Jan-2027 | N/A | 100 Water Street Development LLC | c/o Fields Development Group 1 Evertrust Plaza, Suite 102 Jersey City, NJ 07302 | N/A - Management Agree |
| 2 | Property Management Agreement: LeLeo | 3-Oct-2027 | N/A | 3060 JFK LLC | c/o Fields Development Group 1 Evertrust Plaza, Suite 102 Jersey City, NJ 07302 | N/A - Management Agree |
| 2 | Property Management Agreement: Carmel Place | 11-Oct-2025 | N/A | 1 MCP LLC | c/o Monadnock Development LLC 155 Third Street, Brooklyn, NY 11231 | N/A - Management Agree |
| 2 | Property Management Agreement: Bleecker | 15-Dec-2025 | N/A | MCP Bleecker, LLC | c/o EccoRise Development 550 Grand Street Brooklyn, NY 11211 | N/A - Management Agree |
| 2 | Property Management Agreement: The Heritage | 29-Jan-2025 | N/A | Heritage Holdings LLC | 2 Park Avenue, 23rd Floor, New York, NY 10029 | N/A - Management Agree |
| 2 | Property Management Agreement: Hamilton | 19-Jul-2029 | N/A | M3 Capital Realty LLC | 1363-22 Veterans Memorial Highway, Hauppauge, NY 11788 | N/A - Management Agree |
| 2 | Property Management Agreement: The Reserve | 3-Jul-2028 | N/A | CHR 125 Owner LLC | c/o Fields Development Group 1 Evertrust Plaza, Suite 102 Jersey City, NJ 07302 | N/A - Management Agree |
| 2 | Property Management Agreement: Unili Montrose | [TBD as the home is not yet open. The targeted opening date is 6.21.24] | N/A | Shelter Montrose Owner, LLC | One Penn Plaza, Suite 3900, New York, NY 10119 | N/A - Management Agree |
| 2 | Property Management Agreement: Foster Flats | [TBD as the home is not yet open. The targeted opening date is 7.1.24] | N/A | MSC Foster, LLC | 1722 Routh Street, Suite 800, Dallas, TX 75201 | N/A - Management Agree |
| 2 | Technical Services Agreement: 201 Foster Ave CLT | N/A | N/A | Morningstar Properties, LLC | 725 Park Center Dr, Matthews, NC 28105 | N/A - Management Agree |
| 2 | Technical Services Agreement: 250 Central Ave NYC | N/A | N/A | One Central Ave LLC | 725 Park Center Drive, Matthews, North Carolina 28105 | $133,050.00 |
| 2 | Technical Services Agreement: 360 N Hayworth Ave LAX | N/A | N/A | BHB Grove LLC | 450 7th Ave, Suite 1509 New York NY 10123 | $10,000.00 |
| 2 | Technical Services Agreement: 626 N Wilton Pl LAX | N/A | N/A | Six Peak Capital | PO Box 2743 Beverly Hills CA 90210 | $80,084.00 |
| 2 | Technical Services Agreement: 713 Richmond Ave HOU | N/A | N/A | Shelter Montrose Owner, LLC | 20 West 22nd Street, Suite 1001 New York NY 10010 | $89,400.00 |
| 2 | Technical Services Agreement: 723-732 South Wilton Place LAX | N/A | N/A | Common Wilton by Proper Development | 1722 Routh Street Suite 800 Dallas TX | $43,400.00 |
| 2 | Technical Services Agreement: 1002 N Alfred LAX | N/A | N/A | Arizona/Third Street Partnership | 8271 Melrose Ave #207 Los Angeles, CA 90046 | $40,030.00 |
| 2 | Technical Services Agreement: 1350 Gardner St LAX | N/A | N/A | Category Company | PO Box 2743 Beverly Hills CA 90210 | $166,279.00 |
| 2 | Technical Services Agreement: 1402 Veteran Ave LAX | N/A | N/A | BHB Westwood LLC | 8271 Melrose Ave #207 Los Angeles CA 90046 | $29,700.00 |
| 2 | Technical Services Agreement: 1505 Veteran LAX | N/A | N/A | BHB Westwood LLC | PO Box 2743 Beverly Hills CA 90210 | $116,493.00 |
| 2 | Technical Services Agreement: 4339 Berryman Ave LAX | N/A | N/A | BHB Westwood LLC | PO Box 2743 Beverly Hills CA 90210 | $158,450.00 |
| 2 | Technical Services Agreement: 4367 Berryman Ave LAX | N/A | N/A | Six Peak Capital | 215 Park Avenue South, 11th Fl, New York NY 10003 | $96,192.00 |
| 2 | Technical Services Agreement: 4424 Slauson Ave LAX | N/A | N/A | Six Peak Capital | 215 Park Avenue South, 11th Fl, New York NY 10003 | $102,933.00 |
| 2 | Technical Services Agreement: 8829-8835 Reading Ave LAX | N/A | N/A | Category Company | 8271 Melrose Ave #207 Los Angeles CA 90046 | $32,600.00 |
| 2 | Technical Services Agreement: 10608 W Pico Blvd LAX | N/A | N/A | Six Peak Capital | 215 Park Avenue South, 11th Fl, New York NY 10003 | $83,503.00 |
| 2 | Technical Services Agreement: 10939 Ohio Ave LAX | N/A | N/A | BH Holdings | PO Box 2743 Beverly Hills CA 90210 | $10,500.00 |
| 2 | Technical Services Agreement: 12202-12214 W Exposition Blvd LAX | N/A | N/A | BHB Westwood LLC | PO Box 2743 Beverly Hills CA 90210 | $115,815.00 |
| 2 | Technical Services Agreement: 12757-12767 Mitchell Ave LAX | N/A | N/A | Category Company | 8271 Melrose Ave #207 Los Angeles CA 90046 | $37,900.00 |
| 2 | Technical Services Agreement: Block 206 Zibi | N/A | N/A | Mar Vista Fund, LLC | 1221 Hermosa Avenue, Suite 101, Hermosa Beach, CA 90254 | $108,736.00 |
| 2 | Technical Services Agreement: W 9th St at N Llewellyn Ave DAL | N/A | N/A | Windmill Dream ON Holdings LP | 30 Adelaide St, East Suite 301 Toronto, Ontario M5C3H1 Canada | CAD 188243 |
| 2 | | N/A | N/A | Avid Living Bishop Arts, LLC | 1722 Routh St, Suite 800 Dallas TX 75201 | $45,600.00 |

| | Category | Contract Type | Counterparty | Address | Amount | Term | Notice |
|---|---|---|---|---|---|---|---|
| 2 | Technical Services Agreement: 34793 Ardentech Ct Fremont CA | | Perceptive Real Estate Equities Inc | 5960 Berkshire Ln Flr 6 Dallas TX 75225 | $7,500.00 | N/A | N/A |
| 2 | Technical Services Agreement: Procurement Contractor | | Assign Consulting LLC | 19 El Camino Ct, Coram, NY 11727 | $8,500.00 | 30-day notice needed | N/A |
| 2 | Technical Services Agreement: 3PL Contract | | Office Move PRO | 713 - 1290 Old Innes Road Ottawa, ON K1B 5M6, Canada | $17,800.00 | N/A | N/A |
| 2 | Technical Services Agreement: 3PL Contract | | Brothers Fix | 185 Industrial Ave, Ridgefield Park, NJ 07660 | $80,750.00 | N/A | N/A |
| 2 | Technical Services Agreement: 3PL Contract | | Primary Source Installation Inc. | 13445 Estelle Street Corona, CA 92879 | $72,500.00 | N/A | |
| 2 | Technical Services Agreement: 3PL Contract | | Primary Source Installation Inc. | 13445 Estelle Street Corona, CA 92879 | $63,975.00 | N/A | |
| 2 | Software | | Adobe Inc. | 29322 Network Place Chicago, IL 60673-1293 | $30,811.12 | 6-Aug-2024 | N/A |
| 2 | Software | | Amazon Web Services (Common) | +1 888-280-4331 , 410 Terry Avenue North, Seattle, WA 98109-5210, USA | $39,600.00 | Month to Month | N/A |
| 2 | Software | | Amazon Web Services (Ollie) | +1 888-280-4331 , 410 Terry Avenue North, Seattle, WA 98109-5210, USA | $4,320.00 | Month to Month | |
| 2 | Software | | All Legal LP | office@all-legal.com , 1235 Bay Street, Suite 400, Toronto, ON M5R 3K4, Canada | $55.00 | N/A | |
| 2 | Software | | Atlassian (common-it) | +1 415-701-1110 , 350 Bush Street Floor 13 San Francisco, CA 94104 United States | $10,000.00 | Month to Month | |
| 2 | Software | | Atlassian (hicommon) | +1 415-701-1110 , 350 Bush Street Floor 13 San Francisco, CA 94104 United States | $12,000.00 | Month to Month | |
| 2 | Software | | Avidxchange, Inc. | +1 800-560-9305 , 1210 AvidXchange Lane, Charlotte, NC 28206, USA | $54,000.00 | N/A | |
| 2 | Software | | BeneFLEX | +1 314-909-6879 , 10805 Sunset Office Drive, Suite 401, St. Louis, MO 63127, USA | unknown | N/A | |
| 2 | Software | | Betterment | (718) 400-6898 , 8 West 24th Street, 6th Floor, New York, NY 10010, USA | $33,898.40 | N/A | |
| 2 | Software | | Billy, Inc | DPT 5006 601 W. 26th St. Suite 357 (3rd Floor) New York, NY 10001-1101 | $4,355.00 | 27-Sep-2024 | |
| 2 | Software | | Blue Marble / Webglobe | 866-278-8677 , 1400 American Lane Schaumburg, IL 60173 | unknown | N/A | |
| 2 | Software | | Bluebeam Inc | +1 866-496-2140 , 443 S Raymond Avenue, Pasadena, CA 91105, USA | $3,266.25 | 2-Mar-2025 | |
| 2 | Software | | Brex Empower | +1 833-228-2044 , Broadway, Ste 333, #15548, Salt Lake City, UT 84101 | $15,000.00 | 1-Apr-2025 | |
| 2 | Software | | BucketAV (AWS Marketplace) | +4971537507823 , widdix GmbH Blumenstraße 17/1 73669 Lichtenwald Germany | $388.80 | Month to Month | |
| 2 | Software | | Calendly LLC | 1315 Peachtree St NE, 3rd Floor Atlanta GA 30309 | $15,000.00 | 31-Aug-2024 | |
| 2 | Software | | ChatGPT | support@openai.com , 3180 18th Street, San Francisco, CA 94110, USA | $522.72 | Month to Month | |
| 2 | Software | | CircleCI | 415-944-3995 , 201 Spear Street, Suite 1200, San Francisco, CA 94105, USA | $0.00 | Month to Month | |
| 2 | Software | | ClassPass | +1-888-493-5953 , 275 7th Ave, New York, NY 10001, US | $3,840.00 | 1st of the month | |
| 2 | Software | | Contentful Inc | 101 Montgomery Street, Suite 2050, San Francisco, CA 94104, US | $0.00 | Month to Month | |
| 2 | Software | | Cookie Script | Upės g. 23, LT-08128 Vilnius, Lithuania | $89.79 | 25-Nov-2024 | |
| 2 | Software | | CoStar Group Inc | 1331 L Street, NW, Washington, DC 20005, USA. | $14,000.00 | 31-Aug-2024 | |
| 2 | Software | | Cursor AI | 831-425-9504 , 1967 Wehrle Drive , Suite 1-096 · Buffalo, NY 14221 | $960.00 | Month to Month | |
| 2 | Software | | Dellek | 800.456.2009 , 2291 Wood Oak Drive, Herndon, VA 20171, USA | $12,065.10 | 31-May-2024 | |
| 2 | Software | | Docusign Inc. | 221 Main Street, Suite 1550, San Francisco, CA 94105, USA | $53,408.16 | 11-Apr-2025 | |
| 2 | Software | | Dropbox | +1-855-237-6726 , 1800 Owens Street, San Francisco, CA 94158, USA | $0.00 | Month to Month | |
| 2 | Software | | eFax | +1-888-532-9265 , 700 S. Flower St., 15th Floor Los Angeles, CA 90017. | $34.99 | 31-Mar-2024 | |
| 2 | Software | | Enscape | +49 721 / 132 060 – 60 , An der Raumfabrik 33b, 76227 Karlsruhe, Germany | $1,656.65 | 6-Nov-2024 | |
| 2 | Software | | Entrata Inc. | 4205 Chapel Ridge Road, Lehi, UT 84043, USA. | $175,000.00 | 12-Nov-2024 | |
| 2 | Software | | Ethena | (508) 728-9239 , 134 N 4th St, Brooklyn, New York, 11249 | $6,360.00 | 11-Mar-2024 | |
| 2 | Software | | Falcon Social Inc., DBA Falcon.io | 200 Vesey Street, 19th Floor, New York NY 10281 | $19,441.36 | 1-Feb-2024 | |
| 2 | Software | | Flexspring | +1-866-323-2888 , 1 Beacon Street 15th Floor Boston, MA, 02108 | unknown | N/A | |
| 2 | Software | | Fullstory | 1745 Peachtree St NW, Suite G, Atlanta, GA 30309, USA. | $0.00 | Month to Month | |

| Cat | Type | Vendor | Date | Address | Amount |
|---|---|---|---|---|---|
| 2 | Software | Github | Month to Month | support@github.com , 88 Colin P Kelly Jr Street, San Francisco, CA 94107, USA | $240.00 |
| 2 | Software | Google Analytics | Month to Month | +1 650-253-0000 , 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA | $0.00 |
| 2 | Software | Google Search Console | Month to Month | +1 650-253-0000 , 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA | $0.00 |
| 2 | Software | GoTo Technologies USA Inc | N/A | +1 866-890-8931 , 333 Summer Street, Boston, MA 02210, USA | unknown |
| 2 | Software | HappyCo. | N/A | 447-427-7926 , Carlsbad, 5857 Owens Avenue Suite 300, United States | Basedon#ofnewhomes |
| 2 | Software | HealthEquity | N/A | 866.382.3510 , 15 West Scenic Pointe Drive Suite 100 Draper, UT 84020 | $9,000.00 |
| 2 | Software | JAMF Software LLC | 11-Mar-2025 | 100 Washington Ave S, Suite 1100, Minneapolis, MN 55401, USA. | $27,248.36 |
| 2 | Software | Kinsta | Month to Month | contact@kinsta.com , 8605 Santa Monica Blvd #92581, West Hollywood, CA 90069, USA | $3,458.52 |
| 2 | Software | LastPass US LP | 1-Jul-2024 | PS Box 411365 Boston MA 02241 | $4,703.40 |
| 2 | Software | Lerner Solutions (Okta) | 29-Nov-2024 | 2818 Lindenmere Drive, Merrick, NY 11566 | $22,733.12 |
| 2 | Software | Lessonly, Inc. (Seismic) | 9-Nov-2024 | 1129 E. 16th Street Indianapolis, IN 46202 | $25,805.00 |
| 2 | Software | Liviy | Varies per property | 401 William Street, # 6931 River Forest, IL 60305 | $42,000.00 |
| 2 | Software | Loom Inc | Month to Month | 85 2nd Street Floor 1 San Francisco, CA 94105 | $0.00 |
| 2 | Software | Lucidchart | Month to Month | support@lucidchart.com , 10355 S Jordan Gateway, Suite 300 | $1,377.47 |
| 2 | Software | Maestroqa - QA Software - Annual Renewal | 1-May-2024 | team@maestroqa.com , 1 East 11th Street 11th Floor New York | $6,498.00 |
| 2 | Software | Mailparser.io | 9-Jan-2025 | 651 N Broad St, Suite 206, Middletown, DE 19709, USA. | $4,082.16 |
| 2 | Software | Microdesk Inc./Symetri | 17-Jan-2025 | 10 Tara Boulevard, Ste 420 Nashua NH 03062 | $47,228.47 |
| 2 | Software | Ninja | 18-Aug-2024 | 1-800-365-0135 | $3,600.00 |
| 2 | Software | Oracle America, Inc. | 31-May-2024 | +1.650.506.7000 or *+1.800.392.2999 , 2300 Oracle Way Austin, TX 78741 | $140,824.00 |
| 2 | Software | Paylocity | N/A | 800.520.2687 , 1400 American Lane Schaumburg, IL 60173 | $30,541.14 |
| 2 | Software | Promevo LLC | 29-Mar-2024 | Common Living, Inc. 595 Baltic St Brooklyn, 11217 | $432.00 |
| 2 | Software | Pronto Housing | 24-Dec-2023 | 142 West 57th Street, New York, NY 10019, USA. | $12,697.50 |
| 2 | Software | Redsift Limited (OnDMARC) | Month to Month | 639 Granite Street Suite 408, | $4,950.00 |
| 2 | Software | Rentable | Month to Month | Braintree, MA 02184, US 101 Greenwich Street, 2nd Floor, Suite 301, New York, NY 10006, USA. | $0.00 |
| 2 | Software | Reputation.com | 22-Dec-2024 | Sales@Reputation.com , 6111 Bollinger Canyon Road Suite 500, San Ramon, CA 94583 USA | $33,009.00 |
| 2 | Software | Retool | Month to Month | support@retool.com , 1550 Bryant Street, San Francisco) | $0.00 |
| 2 | Software | Salesforce.com Inc. | 28-Oct-2024 | Salesforce Tower 415 Mission Street, 3rd Floor San Francisco, CA 94105 United States | $3,960.00 |
| 2 | Software | SendGrid | Month to Month | +1-888-985-7363 1801 California Street, Suite 500, Denver, CO 80202 | $0.00 |
| 2 | Software | Sentry | Month to Month | +1-855-775-8773 , 45 Fremont St. San Francisco, California 94105 US | $378.96 |
| 2 | Software | Showmojo | N/A | support@showmojo.com ,2093 Philadelphia Pike #3780 Claymont, DE 19703 | $3,000.00 |
| 2 | Software | Smartsheet (Salesforce Plugin) | 16-Dec-2023 | 425-324-2360 , 0500 NE 8th Street, Suite 1750 I Bellevue, WA 98004 I | $0.00 |
| 2 | Software | Sophos | 14-Jun-2024 | +1(833) 886-6005 , 40 Exchange Place, Suite 1710, New York, NY 10005 ,United States | $10,512.00 |
| 2 | Software | TeamViewer | 5-Jun-2024 | contact@teamviewer.com , Bahnhofsplatz 2 73033 Göppingen Germany | $6,358.54 |
| 2 | Software | Trello | 24-Aug-2023 | +1-646-878-6726 , 55 Broadway 25th Floor New York, NY 10006 | $522.56 |
| 2 | Software | Trustpilot Inc | 30-Apr-2023 | +1-646-349-3411 , 50 West 23rd Street Suite 1000 New York, NY 10010 United States | $0.00 |
| 2 | Software | Twilio, Inc. | 1-Dec-2023 | 101 Spear Street, Suite 500, San Francisco, CA 94105, USA | $0.00 |
| 2 | Software | Verizon | Month to Month | PO Box 15124 Albany, NY 12212 | $120,000.00 |
| 2 | Software | Velty | N/A | support@velty.co , New York, 85 Broad St 16th floo | $5,000.00 |
| 2 | Software | Webflow, Inc. | N/A | 398 11th St., Floor 2, San Francisco, CA 94103 | $0.00 |

| | Category | Vendor | Date | Address | Amount |
|---|---|---|---|---|---|
| 2 | Software | Wordpress | N/A | help@wordpress.com, 60 29th Street #343 San Francisco, CA 94110 | $0.00 |
| 2 | Software | Incsub LLC (WPMU DEV) | 24-Nov-2024 | Incsub, LLC PO Box 548 #88100, Birmingham, AL 35201, US | $396.00 |
| 2 | Software | Zapier | 4-Nov-2024 | 548 Market St. #62411, San Francisco, CA 94104-5401 | $3,402.00 |
| 2 | Marketing Vendor | Zillow, Inc | 1-Apr-2025<br>31-Dec-2024 | Dept 3267 Dallas TX 75312-3267<br>Factorial Digital, Inc. | $150,000.00 |
| 2 | Marketing Vendor | Factorial Digital, Inc. | | 2251 San Diego Ave<br>Suite A250<br>San Diego CA 92110<br>United States | $5,000.00 |
| 2 | Marketing Vendor | Furnished Finder | 31-Dec-2024 | 12900 Stroh Ranch Pl Ste 125, Parker, Colorado 80134, US | Pay-per-listing |
| 2 | Marketing Vendor | Apartment List | 31-Dec-2024 | Accounts Receivable Dept 3653 PO Box 123653 Dallas TX 75312-3653<br>Apartment List<br>PO Box 737097<br>Dallas TX 75373<br>United States | Pay-per-lease |
| 2 | Marketing Vendor | SpareRoom | 14-Sep-2024 | BMG360<br>4 Armstrong Road 3rd Floor<br>Shelton CT 06484<br>United States | Pay-per-lead |
| 2 | Marketing Vendor | BMG360 | | Apartments LLC<br>2563 Collection Center Dr<br>Chicago IL 60693<br>United States | $6,000.00 |
| 2 | Marketing Vendor | Apartments.com | 31-Jul-2024 | 49 Geary St San Francisco CA 94108<br>Rent College Pads Inc.<br>1101 North Market Street<br>Suite 275 | $330,000.00 |
| 2 | Marketing Vendor | Zumper | 31-Jul-2024<br>15-Jul-2024 | Milwaukee WI 53202 | $7,500 |
| 2 | Marketing Vendor | College Pads (The Reserve) | 1-Apr-2024 | 315w W 36th St<br>United States | $7,800.00 |
| 2 | Marketing Vendor | uHomes | 22-Feb-2024 | New York, 10018, US<br>Domu<br>810 N Fairbanks Ct. | Pay-per-lease |
| 2 | Marketing Vendor | Domu | 6-Feb-2024 | Chicago IL 60611<br>United States<br>Edificio CEMINEM SPINUP s/n, Calle de Mariano Esquilor Gómez , CP 50018, Zaragoza | $2,975.00 |
| 2 | Marketing Vendor | ERASMUSPLAY TECHNOLOGIES, S.L. | | HST # 806821856 RT0001 #4 - 271B Merritt Street<br>St. Catharines ON L2T 1K1<br>Canada | Pay-per-lease |
| 2 | Marketing Vendor | Rentsync | Month to Month | Student.com (USA) Inc<br>WeWork c/o Micah Hollingsworth<br>150 4th Ave North, 20th Floor | $9,000.00 |
| 2 | Marketing Vendor | Student.com | Month to Month | Nashville TN 37219<br>United States<br>40 E Main St #1215Newark, DE 19711, USA | Pay-per-lease |
| 2 | Marketing Vendor | Amberstudent | Month to Month | 352 East Java Drive | Pay-per-lease |
| 2 | Marketing Vendor | Matterport | Unknown | 352 East Java Drive | $831.81 |
| 2 | Marketing Vendor | Matterport | Unknown | 32 W. 40th St., New York, NY 10012 | $284.16 |
| 2 | Marketing Vendor | Renthop Inc | Month to Month | 1615 Platte Street, Floor 2, Denver, CO 80202 | $20 |
| 2 | Marketing Vendor | Simpletexting LLC | Month to Month | Urban Deca Homes, Tisa, Cebu City, Philippines | $978.79 |
| 2 | Marketing Vendor | Rhea (virtual assistant) | Unknown | 6000 - rhearobena@gmail.com | $1,800.00 |
| 2 | Marketing Vendor | Fresh Prints, LLC (Frontier) | Monthly | josh@hirefrontier.com, 150 West 25th Street, Suite 501, New York, NY 10001 | $76,843 |
| 2 | Offshore Staffing (Sales) | Conservice, LLC | Unknown | P.O. BOX 1500 HEMET, CA 92546-1500 | unknown |
| 2 | Utilities payment | Robert Half Finance & Accounting | Hourly - can be terminated at any time with 30 day notice | PO Box 743295, Los Angeles CA 900074 | Pay based on hours |
| 2 | Accounting Services | Blue Lotus Management Consultants LLP | Monthly - can we terminated with 2 week notice | B-15, Lower Ground Floor, Greater Kailash Enclave II New Delhi 110048 | $1,921.00 |
| 2 | Accounting Services | | | | |
| 2 | Management Accomodation Rental | Blueground US Inc | 01.05.25 | 101 5th Ave, New York, NY 10003 – 7th floor | $4,907.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2 | Insurance - GENERAL LIABILITY | 06.26.24 | The Burlington Insurance Co | 185 Asylum Street, 7th Floor, Hartford, CT 06103 | $313,614.45 |
| 2 | Insurance - EXCESS LIABILITY | 06.26.24 | Navigators Insurance Co | 400 Atlantic Street, 8th Floor, Stamford, CT 06901 | $106,000.00 |
| 2 | Insurance - EXCESS LIABILITY | 06.26.24 | Endurance American Ins Co. | 750 Third Avenue, 18th Floor, New York, NY 10017 | $64,115.00 |
| 2 | Insurance - CRIME / FIDUCIARY | 06.26.24 | Travelers Casualty & Surety Co of America, Hartford, Connecticut | One Tower Square, Hartford, CT 06183 | $16,124.00 |
| 2 | Insurance - Cyber | 06.26.24 | Trisura Specialty Insurance Co. | 210 Park Avenue, Suite 1400, Oklahoma City, OK 73102 | $5,630.00 |
| 2 | Insurance - DIRECTORS & OFFICERS/EMPLOYMENT PRACTICES | 02.27.29 | Zurich American Insurance Co | 1299 Zurich Way, Schaumburg, IL 60196-1056 | $37,356.00 |
| 2 | Insurance - DIRECTORS & OFFICERS/EMPLOYMENT PRACTICES | 06.26.24 | Palomar Excess and Surplus Ins. Co. | 7979 Ivanhoe Avenue, Suite 500, La Jolla, CA 92037 | $62,957.00 |
| 2 | Insurance - REAL ESTATE E&O | 06.26.24 | Houston Specialty Insurance Co. | 800 Gessner Road, Suite 600, Houston, TX 77024 | $55,000.00 |
| 2 | Insurance - EXCESS REAL ESTATE E&O | 06.26.24 | Axis Surplus Insurance Company | 111 South Wacker Drive, Suite 3500, Chicago, IL 60606 | $17,875.00 |
| 2 | Insurance - EMPLOYED LAWYERS PROFESSIONAL LIABILITY | 06.26.24 | Colombia Casualty Company | 333 S. Wabash Avenue, Chicago, IL 60604 | $4,500.00 |