IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Common Living, Inc., *et al.*, | Case No. 24-11130 (LSS) |
| Debtors.[1] | (Jointly Administered) |
| | Re: Docket Nos. **127, 129** |

**NOTICE OF HEARING ON JULY 9, 2024 AT 3:30 P.M. (ET)
WITH RESPECT TO DOCKET NOS. 127 AND 129**

**THIS HEARING WILL BE CONDUCTED REMOTELY. PLEASE REGISTER USING THE eCOURTAPPEARANCES TOOL (AVAILABLE HERE) OR ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV.**

**THE DEADLINE TO REGISTER FOR REMOTE ATTENDANCE IS 2:30 P.M. (PREVAILING EASTERN TIME) ON JULY 9, 2024.**

**AFTER THE DEADLINE HAS PASSED AN ELECTRONIC INVITATION, WITH THE RELEVANT AUDIO OR VIDEO LINK, WILL BE EMAILED TO YOU PRIOR TO THE HEARING.**

Please take notice that on July 2, 2024, CHR 125 Owner LLC ("CHR") filed the *Certification of Counsel Regarding Supplemental Stipulation Granting CHR 125 Owner LLC (I) Relief From the Automatic Stay Under 11 U.S.C. § 362(d), (II) Waiving Bankruptcy Rule 4001, and (III) Granting Related Relief* [Docket No. 127] with the Court (the "CHR Certification of Counsel").

---

[1] The Debtors, together with the last four digits of each of the Debtor's federal tax identification number, are: CLI Cypress LLC (3578), CLI Elmwood LLC (8150), Common Kin LLC (7483), Common Living, Inc. (7483), Common Management Co. (8014), Common TRS Inc. (8014), Mily Families Inc. (7190), and CLI Clifton LLC (2795).

Please take further notice that on July 3, 2024, 3060 JFK LLC ("3060 JFK") and 100 Water Street Development ("100 Water Street") filed the *Certification of Counsel Regarding Stipulation* [Docket No. 129] with the Court (the "3060 JFK and 100 Water Street Certification of Counsel").

Please take further notice that the Court will hold a hearing in this case with respect to the CHR Certification of Counsel and the 3060 JFK and 100 Water Street Certification of Counsel on **July 9, 2024 at 3:30 p.m. (ET)**. The hearing will be virtual in front of the Honorable Laurie S. Silverstein at the University States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2.

Respectfully submitted,

Dated: July 8, 2024

**BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Email: dklauder@bk-legal.com

*Proposed Counsel to George L. Miller, Chapter 7 Trustee*