# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| COMMON LIVING, INC. | Case No. 24-11130 (LSS) |
| Debtor. | Re: Doc # 150 |

### ORDER APPROVING STIPULATION (I) GRANTING DAHLIA OWNER RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d), (II) WAIVING BANKRUPTCY RULE 4001, AND (III) GRANTING RELATED RELIEF

Upon consideration of the stipulation (I) granting 1155 Dahlia Street Owner LLC ("Dahlia Owner") relief from the automatic stay under 11 U.S.C. § 362(d), (II) waiving bankruptcy rule 4001, and (III) granting related relief, a copy of which is attached hereto as **Exhibit A** (the "Stipulation"); and the Court having determined that good and adequate cause exists for approval of the Stipulation; it is hereby **ORDERED** that:

1. The Stipulation is approved

2. The automatic stay under 11 U.S.C. § 362(d) is hereby modified as set forth in the Stipulation. *The actions in paragraph 6 can be taken consistent with applicable non bankruptcy law.*

3. Bankruptcy Rule 4001(a)(3) is hereby waived and this Order shall be immediately effective and enforceable upon its entry.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

_____
**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

Dated: July 18, 2024
Wilmington, Delaware

## EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>COMMON LIVING, INC.<br><br>Debtor.[1] | Chapter 7<br><br>Case No. 24-11130 (LSS) |

**STIPULATION (I) GRANTING DAHLIA OWNER RELIEF
FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d), (II) WAIVING
BANKRUPTCY RULE 4001, AND (III) GRANTING RELATED RELIEF**

George L. Miller, solely in his capacity as chapter 7 trustee (the "Trustee") of the above captioned debtor (the "Debtor"), by and through undersigned counsel, and 1155 Dahlia Street Owner LLC ("Dahlia Owner") hereby stipulate (the "Stipulation") as follows:

**RECITALS**

1. Dahlia Owner is the owner of certain real property commonly known as 1155 Dahlia Street, Washington, DC 20012 (the "Property").

2. On May 31, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

3. Prior to the Petition Date, the Debtor and Dahlia Owner entered into that certain Management Agreement dated as of August 29, 2022 (as may be amended, supplemented, or otherwise modified, the "Management Agreement") pursuant to which the Debtor agreed to manage the Property.

---

[1] The last four digits of the Debtor's tax identification number are 7483 and the Debtor's principal place of business is located at 12 East 49th Street, Suite 08-125, New York, NY 10017..

4. The Debtor has since ceased providing management services under the Management Agreement. If Dahlia owner is not permitted to terminate the Management Agreement, it and the tenants of the Property may suffer hardship because the Property requires a property manager to maintain and administer the Property. The parties request that the Court approve the Stipulation, and the automatic stay be lifted as set forth herein.

## STIPULATION

5. The automatic stay under section 362 of the Bankruptcy Code is hereby modified to allow Dahlia Owner to exercise its contractual rights to terminate the Management Agreement.

6. Dahlia Owner is hereby authorized to engage a new property manager for the Property and to transition all management services under the Management Agreement to such new property manager, including transitioning the authorized signatories on any bank accounts under the Management Agreement.

7. The Trustee reserves and preserves all rights with respect to whether any bank account under the Management Agreement may have or have had commingled funds of other entities.

8. Dahlia Owner is hereby authorized to take any actions reasonably necessary to terminate the Management Agreement and to otherwise implement the provisions set forth in this Stipulation.

9. The stay provided under Bankruptcy Rule 4001(a)(3) shall be waved.

10. The parties stipulate to the entry of the order approving this Stipulation.

Dated July 16, 2024

STIPULATED AND AGREED TO BY:

**BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder (#5769)
1204 N. King Street
Wilmington, DE 19801
dklauder@bk-legal.com

Thomas D. Bielli
1905 Spruce Street
Philadelphia, PA 19103
tbielli@bk-legal.com

*Counsel to the Trustee*

-and-

**HUNTON ANDREWS KURTH LLP**

*/s/ Jason W. Harbour*
Jason W. Harbour (#4176)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
804.788.8200
jharbour@huntonak.com

Timothy A. ("Tad") Davidson II
Philip M. Guffy
600 Travis, Suite 4200
Houston, TX 77002
713.220.4200
taddavidson@huntonak.com
pguffy@huntonak.com

*Counsel to 1155 Dahlia Street Owner LLC*