IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>COMMON LIVING, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11130-LSS<br><br>**Re: Docket No(s).** |

**ORDER APPROVING STIPULATION
(I) GRANTING BROADWAY 4045 LLC RELIEF FROM
THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(D), (II) WAIVING
BANKRUPTCY RULE 4001, AND (III) GRANTING RELATED RELIEF**

UPON CONSIDERATION of the Stipulation (I) Granting Broadway 4045 LLC Relief From The Automatic Stay Under 11 U.S.C. § 362(D), (II) Waiving Bankruptcy Rule 4001, And (III) Granting Related Relief attached hereto as **Exhibit A-1** (the "Stipulation"); the Court having determined that good and adequate cause exists for approval of the Stipulation; it is hereby ORDERED as follows:

1. The Stipulation is hereby APPROVED. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

2. The automatic stay is hereby modified pursuant to 11 U.S.C. § 362(d) as set forth in the Stipulation. The actions set forth in ¶¶ 2, 3, and 4 of the Stipulation can be taken consistent with applicable non-bankruptcy law.

3.    This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

**Dated: September 6th, 2024**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE