**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Common Living, Inc., *et al.*,[1] | Case No. 24-11130 (LSS) |
| Debtor. | *Jointly Administered* |

**NOTICE OF AGENDA OF MATTER SCHEDULED FOR HEARING ON**
**NOVEMBER 21, 2024 AT 11:00 A.M. (EASTERN TIME)**

**THIS HEARING IS ADJOURNED TO JANUARY 9, 2025 AT 11:00 A.M. (EASTERN TIME) WITH PERMISSION OF THE COURT.**

### I.    ADJOURNED MATTER:

1. Motion Of Landlord, 1057 Fulton Street Bk LLC For An Order (I) Compelling Rejection Of The Nonresidential Lease; (II) Modifying The Automatic Stay Pursuant To 11 U.S.C. § 362(D) To The Extent Necessary To Permit Landlord To Recover Possession Of The Leased Premises And Apply Security Deposit; (III) Acknowledging That All Subtenants Rents And Copies Of Their Subleases For The Premises Are Property Of The Landlord And That Any Rights Of The Debtors In Any Security Deposits Of Such Subtenants Are The Rights Of The Landlord; (IV) Compelling Allowance And Payment Of All Unpaid Post-Petition Rent, Use And Occupancy and/or Other Charges Pursuant To 11 U.S.C. §§ 365(D)(3) And 503(B)(1); (V) Abandoning Any Interest Of The Debtor Or Third Parties In Any Personal Property Left On The Premises; And (VI) Waiver Of Any Stay Period (Filed: August 28, 2024; Docket No. 206)

   Objection/Response Deadline: September 12, 2024 at 11:00 a.m. (Eastern Time).

   Objections/Responses:

   A. Objection of Chapter 7 Trustee George L. Miller to the Motion for an Order Shortening Notice For Motion Of Landlord, 1057 Fulton Street Bk LLC For An Order (I) Compelling Rejection Of The Nonresidential Lease; (II) Modifying The Automatic Stay Pursuant To 11 U.S.C. § 362(D) To The Extent Necessary To Permit Landlord To Recover Possession Of The Leased Premises And Apply Security Deposit; (Iii) Acknowledging That All Subtenants Rents And Copies Of Their Subleases For The Premises Are Property Of The Landlord And That Any Rights Of

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Common Living, Inc. (7483); CLI Cypress LLC (3578); CLI Elmwood LLC (8150); Common Kin LLC (7483); Common Management Co (8014); Common TRS Inc. (8014); Mily Families Inc. (7190); CLI Clifton LLC (2795).

The Debtors In Any Security Deposits Of Such Subtenants Are The Rights Of The Landlord; (IV) Compelling Allowance And Payment Of All Unpaid Post-Petition Rent, Use And Occupancy and/or Other Charges Pursuant To 11 U.S.C. §§ 365(D)(3) And 503(B)(1); (V) Abandoning Any Interest Of The Debtor Or Third Parties In Any Personal Property Left On The Premises; And (VI) Waiver Of Any Stay Period (Filed: October 3, 2024; Docket No. 241).

Related Documents: None.

Status: This matter is adjourned to January 9, 2025 at 11:00 a.m. (Eastern Time).

Dated: November 19, 2024                **BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Email: dklauder@bk-legal.com

*Counsel to George L. Miller,*
*Chapter 7 Trustee*