# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Common Living, Inc., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 24-11130 (LSS)<br><br>(*Jointly Administered*) |

## ORDER SCHEDULING OMNIBUS HEARING DATE

The United States Bankruptcy Court for the District of Delaware has scheduled the following omnibus hearing date in the above-captioned case:

January 9, 2025 at 11:00 a.m. (Eastern Time)

**Dated: November 19th, 2024**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors, together with the last four digits of each of the Debtor's federal tax identification number, are: CLI Cypress LLC (3578), CLI Elmwood LLC (8150), Common Kin LLC (7483), Common Living, Inc. (7483), Common Management Co. (8014), Common TRS Inc. (8014), Mily Families Inc. (7190), and CLI Clifton LLC (2795).