UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>COMMON LIVING, INC., *et al.,*<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11130 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 256** |

## NOTICE OF HEARING ON MOTION

**PLEASE TAKE NOTICE** that on October 31, 2024, 1509 PACIFIC RESIDENCES, **LLC** ("**Movant**"), by and through its undersigned counsel, filed the motion for *ENTRY OF AN ORDER: (I) GRANTING RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d); (II) WAIVING BANKRUPTCY RULE 4001, AND (III) GRANTING RELATED RELIEF* (Docket No. 256) (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on January 9, 2025 at 11:00 a.m. (EST) before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware, at the Court, located at 824 North Market Street, 6th Floor, Wilmington, Delaware 19801 (the "**Stay Relief Hearing**").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion, must be filed on or before January 2, 2025 at 4:00 p.m. (EST) (the "**Objection Deadline**"), and served so as to be actually received by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF SOUGHT IN THE MOTION WITHOUT FURTHER NOTICE OF HEARING.

Dated:  New York, New York
        December 5, 2024

                            KUCKER MARINO WINIARSKY
                            & BITTENS LLP


                            By:  /s/ Edmond P. O'Brien
                                 Edmond P. O'Brien (EO-5583)
                                 747 Third Avenue, 17th Floor
                                 New York, New York 10017
                                 (212) 869-5030
                                 *Attorneys for 1509*
                                 *Pacific Residences LLC*