**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Common Living, Inc., *et al.*,[1] | Case No. 24-11130 (LSS) |
| Debtor. | *Jointly Administered* |

## NOTICE OF RESCHEDULED OMNIBUS HEARING

PLEASE TAKE NOTICE that the omnibus hearing scheduled for January 9, 2025, at 11:00 a.m. (ET), has been rescheduled to January 21, 2025, at 10:00 a.m. (ET).

Dated: December 19, 2024            **BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Email: dklauder@bk-legal.com

*Counsel to George L. Miller,*
*Chapter 7 Trustee*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Common Living, Inc. (7483); CLI Cypress LLC (3578); CLI Elmwood LLC (8150); Common Kin LLC (7483); Common Management Co (8014); Common TRS Inc. (8014); Mily Families Inc. (7190); CLI Clifton LLC (2795).