**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Common Living, Inc., *et al.,*[1] | Case No. 24-11130 (LSS) |
| Debtors. | *Jointly Administered* |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
JANUARY 21, 2025 AT 10:00 A.M. (EASTERN TIME)**

**THIS HEARING IS CANCELED WITH THE PERMISSION OF THE COURT
AND ALL MATTERS HAVE BEEN ADJOURNED TO
FEBRUARY 20, 2025 AT 11:00 A.M. (EASTERN TIME).**

I. **ADJOURNED MATTERS:**

1. Motion Of Landlord, 1057 Fulton Street Bk LLC For An Order (I) Compelling Rejection Of The Nonresidential Lease; (II) Modifying The Automatic Stay Pursuant To 11 U.S.C. § 362(D) To The Extent Necessary To Permit Landlord To Recover Possession Of The Leased Premises And Apply Security Deposit; (III) Acknowledging That All Subtenants Rents And Copies Of Their Subleases For The Premises Are Property Of The Landlord And That Any Rights Of The Debtors In Any Security Deposits Of Such Subtenants Are The Rights Of The Landlord; (IV) Compelling Allowance And Payment Of All Unpaid Post-Petition Rent, Use And Occupancy and/or Other Charges Pursuant To 11 U.S.C. §§ 365(D)(3) And 503(B)(1); (V) Abandoning Any Interest Of The Debtor Or Third Parties In Any Personal Property Left On The Premises; And (VI) Waiver Of Any Stay Period (Filed: August 28, 2024; Docket No. 206)

    Objection/Response Deadline: September 12, 2024 at 11:00 a.m. (Eastern Time).

    Objections/Responses:

    A. Objection of Chapter 7 Trustee George L. Miller to the Motion for an Order Shortening Notice For Motion Of Landlord, 1057 Fulton Street Bk LLC For An Order (I) Compelling Rejection Of The Nonresidential Lease; (II) Modifying The Automatic Stay Pursuant To 11 U.S.C. § 362(D) To The Extent Necessary To Permit Landlord To Recover Possession Of The Leased Premises And Apply Security Deposit; (Iii) Acknowledging That All Subtenants Rents And Copies Of Their

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Common Living, Inc. (7483); CLI Cypress LLC (3578); CLI Elmwood LLC (8150); Common Kin LLC (7483); Common Management Co (8014); Common TRS Inc. (8014); Mily Families Inc. (7190); CLI Clifton LLC (2795).

1

Subleases For The Premises Are Property Of The Landlord And That Any Rights Of The Debtors In Any Security Deposits Of Such Subtenants Are The Rights Of The Landlord; (IV) Compelling Allowance And Payment Of All Unpaid Post-Petition Rent, Use And Occupancy and/or Other Charges Pursuant To 11 U.S.C. §§ 365(D)(3) And 503(B)(1); (V) Abandoning Any Interest Of The Debtor Or Third Parties In Any Personal Property Left On The Premises; And (VI) Waiver Of Any Stay Period (Filed: October 3, 2024; Docket No. 241).

Related Documents: None.

Status: This matter is adjourned to February 20, 2025 at 11:00 a.m. (Eastern Time).

2. Motion of 1509 Pacific Residences, LLC for Entry of an Order: (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d); (II) Waiving Bankruptcy Rule 4001, and (III) Granting Related Relief (Filed: October 31, 2024; Docket No. 256).

   Objection/Response Deadline: January 2, 2025 at 4:00 p.m. (Eastern Time) extended to February 13, 2025 at 4:00 p.m. (Eastern Time) for Trustee.

   Objections/Responses: None.

   Related Documents:

   A. Notice of Hearing on Motion (Filed: December 5, 2024; Docket No. 265).

   Status: This matter is adjourned to February 20, 2025 at 11:00 a.m. (Eastern Time).

3. Motion of PMC Frank, LLC for Entry of an Order (I) Granting Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1), (II) Waiving Bankruptcy Rule 4001, and (III) Granting Related Relief (Filed: December 6, 2024; Docket No. 267).

   Objection/Response Deadline: December 20, 2024 at 12:00 p.m. (Eastern Time) extended to February 13, 2025 at 4:00 p.m. (Eastern Time) for Trustee.

   Objections/Responses: None.

   Related Documents:

   A. Supplemental Notice of Motion of PMC Frank, LLC for Relief from Stay Under Section 362 of the Bankruptcy Code (Filed: December 9, 2024; Docket No. 269).

   Status: This matter is adjourned to February 20, 2025 at 11:00 a.m. (Eastern Time), however the Movant reserves the right to request a different date from the Court, earlier or later, if events warrant.

4. Motion of Karl Lee (I) for Relief from the Automatic Stay and (II) to Permit Filing of a Proof of Claim After the Bar Date (Filed: December 26, 2024; Docket No. 271).

   Objection/Response Deadline: January 14, 2025 at 4:00 p.m. (Eastern Time) extended to February 13, 2025 at 4:00 p.m. (Eastern Time) for Trustee.

   Objections/Responses: None.

   Related Documents:

   A. Amended Notice of Motion of Karl Lee (I) for Relief from the Automatic Stay and (II) to Permit Filing of a Proof of Claim After the Bar Date (Filed: December 30, 2024; Docket No. 272).

   Status: This matter is adjourned to February 20, 2025 at 11:00 a.m. (Eastern Time).

Dated: January 16, 2025                          **BIELLI & KLAUDER, LLC**

                                                 */s/ David M. Klauder*
                                                 David M. Klauder, Esquire (No. 5769)
                                                 1204 N. King Street
                                                 Wilmington, DE 19801
                                                 Phone: (302) 803-4600
                                                 Email: dklauder@bk-legal.com

                                                 *Counsel to George L. Miller,*
                                                 *Chapter 7 Trustee*