**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Common Living, Inc.*, et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 24-11130 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: Feb. 20, 2025 at 11:00 a.m. (ET)**<br>**Objection Deadline: Feb. 13, 2025 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION AND HEARING**

PLEASE TAKE NOTICE that, on January 30, 2025, JPMorgan Chase Bank, N.A. ("JPMC"), by and through its undersigned counsel in the above-captioned Chapter 7 case, filed the *Motion of JPMorgan Chase Bank, N.A. for Entry of an Order (I) Establishing Procedures for Closing or Transitioning Bank Accounts for the Benefit of Certain Property Owners, (II) Granting Limited Relief From The Automatic Stay, and (III) Granting Related Relief* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that, any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **February 13, 2025 at 4:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware, at the

---

[1] The Debtors, together with the last four digits of each of the Debtor's federal tax identification number, are: CLI Cypress LLC (3578), CLI Elmwood LLC (8150), Common Kin LLC (7483), Common Living, Inc. (7483), Common Management Co. (8014), Common TRS Inc. (8014), Mily Families Inc. (7190), and CLI Clifton LLC (2795).

RLF1 32338391v.1

Court, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801 on **February 20, 2025 at 11:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 30, 2025
Wilmington, Delaware

*/s/ James F. McCauley*
RICHARDS, LAYTON & FINGER, P.A.
Zachary I. Shapiro (No. 5103)
James F. McCauley (No. 6991)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail: shapiro@rlf.com
         mccauley@rlf.com

*Counsel for JPMC*