**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Common Living, Inc., *et al.,* | Case No. 24-11130 (LSS) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, David M. Klauder, certify that on April 4, 2025, I caused a true and correct copy of the *Objection of Chapter 7 Trustee George L. Miller to the Motion of JP Morgan Chase Bank, N.A. for entry of an Order (I) Establishing Procedures for Closing or Transitioning Bank Account for the Benefit of Certain Property Owners, (II) Granting Limited Relief From the Automatic Stay, and (III) Granting Related Relief* to be served through via electronic mail upon the party below.

Zachary I. Shapiro, Esquire
Richards Layton & Finger, P.A.
One Rodney Square, 920 North King Street
Wilmington, Delaware 19801
shapiro@rlf.com

| | |
|---|---|
| Dated: April 4, 2025<br>Wilmington, Delaware | **BIELLI & KLAUDER, LLC**<br><br>*/s/ David M. Klauder*<br>David M. Klauder (No. 5769)<br>1204 N. King Street<br>Wilmington, DE 19801<br>Phone: 302-803-4600<br>dklauder@bk-legal.com<br><br>*Counsel to George L. Miller,*<br>*Chapter 7 Trustee* |

---

[1] The Debtors, together with the last four digits of each of the Debtor's federal tax identification number, are: CLI Cypress LLC (3578), CLI Elmwood LLC (8150), Common Kin LLC (7483), Common Living, Inc. (7483), Common Management Co. (8014), Common TRS Inc. (8014), Mily Families Inc. (7190), and CLI Clifton LLC (2795).